# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZEL TAYLOR | ) |
| 2306 Ainger Place, SE | ) |
| Washington, D.C. 20020 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) |
| | ) |
| TEAM BROADCAST, LLC | ) |
| 4455 Connecticut Avenue, N.W. | ) |
| Washington, D.C. 20008* | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

To:    Nancy Mayer-Whittington, Clerk of the Court
       Clerk's Office
       United States District Court for the District of Columbia
       333 Constitution Avenue, N.W.
       Washington, D.C. 20001

       Clerk of the Court
       District of Columbia Superior Court, Civil Division
       Moultrie Courthouse
       500 Indiana Avenue, N.W., Room JM-170
       Washington, D.C. 20001

       Alan Lescht, Esq.
       Alan Lescht and Associates, P.C.
       1050 17th Street, N.W. Suite 220
       Washington, D.C. 20036
       Attorney for Plaintiff

       PLEASE TAKE NOTICE that on the 4th day of November, 2005, Defendant Team

Broadcast Services, LLC *("Team" or "Defendant"), by and through undersigned counsel,

---

* Defendant's correct name is "Team Broadcast Services, LLC" and Defendant's correct address
is 8700 Millbrook Place, Alexandria, VA 22309. Defendant has captioned the case to conform
with Plaintiff's original caption for the purpose of consistency only.

hereby removes this civil action from the Superior Court for the District of Columbia pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. The grounds for removal are as follows:

1.     Plaintiff Wenzel Taylor commenced a civil action now pending in the Superior Court for the District of Columbia, entitled *Wenzel Taylor v. Team Broadcast, LLC,* Case No. 05-0007794 ("Superior Court Action").

2.     The Summons and Complaint have not been served on Team or its registered agent. Team is otherwise aware of the existence of the action, and a copy of the Complaint is attached hereto as Exhibit A.

3.     Plaintiff's Complaint in the Superior Court Action alleges, *inter alia*, that Team "violated the federal Americans with Disabilities Act by discriminating against Plaintiff on the basis of his disability and/or perceived disability." Exhibit A at ¶ 13.

4.     This Court has original federal question jurisdiction of this action under 28 U.S.C. § 1331 because Plaintiff has brought a cause of action based on laws of the United States, i.e., the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. Therefore, this case is properly removable to this Court under 28 U.S.C. §§ 1441(a) and (b).

5.     This Notice of Removal is timely filed under 28 U.S.C. § 1446(b), as it is filed within thirty (30) days of Defendant's receipt of Plaintiff's Complaint through means other than service of process. Service of process, including service of the summons and complaint, has not yet been effected on Defendant.

6.     Accordingly, this action is properly removable to this Court based upon 28 U.S.C. §§ 1441(a) and 1441(b).

DC1 30155411.1

7.    Notice of the filing of this Notice of Removal will be given to Plaintiff and will be filed with the Clerk of the Superior Court for the District of Columbia under 28 U.S.C. § 1446(d).

WHEREFORE, this action is removable to this Court based upon 28 U.S.C. §§ 1331 and 1441 under this Court's original federal question jurisdiction.

Respectfully submitted,

TEAM BROADCAST SERVICES, LLC

By counsel:

Peter Chatilovicz, D.C. Bar 210278
Patricia E. McDonough, D.C. Bar 479266
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC  20006-4004
(202) 463-2400
Attorneys for Defendant

Dated:  November 4, 2005

3

DC1 30155411.1

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing Notice of Removal was served by first class

mail, postage prepaid, this 4th day of November, 2005 on:

> Alan Lescht, Esq.
> Alan Lescht and Associates, P.C.
> 1050 17th Street, N.W. Suite 220
> Washington, D.C.  20036
> Attorney for Plaintiff

Patricia E. McDonough

I further certify that I have caused a copy of this Notice of Removal to be filed with the

Clerk of the Superior Court for the District of Columbia in accordance with 28 U.S.C. §1446(d),

and have filed herewith as Exhibit A all documents related to this case that Defendant has

received, pursuant to 28 U.S.C. §1446(a).

Patricia E. McDonough

DC1 30155411.1




## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### Civil Division

Wenzel Taylor
2306 Ainger Place, SE
Wash., DC 20020

       Plaintiff,

v.

Team Broadcast, LLC
4455 Conn. Ave, NW
Wash., DC 20008

       Defendant.

C.A. No. 05-0007794

<u>Jury Trial Demanded</u>

FILED
CIVIL ACTIONS BRANCH

SEP 2 3 2005

Superior Court
District of Columbia
Washington, D.C.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>COMPLAINT</u>

Plaintiff, by counsel, complains of the Defendant as follows:

<u>VENUE AND JURISDICTION</u>

1. This Court has venue and jurisdiction over the claims asserted herein on the basis of the residence of the parties.

2. This action was filed within 90-days after the EEOC issued Plaintiff a notice of right to sue on his charge of disability discrimination.

<u>THE PARTIES</u>

3. Plaintiff Wenzell Taylor resides at 2306 Ainger Pl., SE, Wash., DC 20020.

4. Plaintiff suffers from sleep apnea, a chronic medical condition that substantially limits one or more of her major life activities, including the ability to sleep and stay awake.

5. On information and belief, defendant Team Broadcast, LLC is a Wash., DC limited liability corporation with its <u>principal place of business</u> located at 4455 Conn. Ave, NW, Wash., DC 20008 and employs more than 15 people.

COMPLETED



## FACTS

6. Plaintiff was formerly employed by Defendant as a video operator between in or about December 2003 and May 29, 2004.

7. On or about May 10, 2004, Plaintiff informed Defendant that he suffered from sleep apnea and that he was undergoing treatment for it.

8. On or about May 21, 2004, Defendant transferred Plaintiff to a different job, and terminated his employment on or about May 29, 2004.

9. Plaintiff was terminated from his job because he suffers from sleep apnea and/or because of his perceived disability.

10. Plaintiff has suffered, and continues to suffer, lost pay, lost benefits, pain and injury, mental anguish, and emotional distress as a result of the unlawful conduct of the Defendant.

11. Defendant has acted in bad faith, in reckless disregard of Plaintiffs' civil rights, and with malice.

## COUNT 1

12. Plaintiff repeats and realleges the allegations contained in paragraphs 1-11 as if more fully set forth herein.

13. By and through its conduct, Defendant violated the federal Americans with Disabilities Act by discriminating against Plaintiff on the basis of his disability and/or perceived disability.

14. Plaintiff demands a trial by jury.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury on all counts contained in the Complaint.

Wherefore, Plaintiff demands a jury trial and judgment on Count 1 and damages in an

2

amount to be determined by a jury, but not less than $50,000, for compensatory damages for pain and suffering, emotional distress, mental anguish, lost pay/benefits, front pay, punitive damages, interest, costs and reasonable attorney's fees.

Date: September 22, 2005

Alan Lescht and Associates, P.C.

Alan Lescht (#441691)
1050 17th St., N.W., Suite 220
Wash., D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

3