CO-386-online
10/03

# United States District Court
# For the District of Columbia

WENZEL TAYLOR )
2306 Ainger Place SE )
Washington, DC  20020 )
                        )
                Plaintiff )     Civil Action No._____
        vs              )
TEAM BROADCAST, LLC    )
4455 Connecticut Avenue, NW )
Washington, DC  20008  )
                        )
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Team Broadcast Services LLC  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Team Broadcast Services LLC  which have any outstanding securities in the hands of the public:

No such affiliates exist.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

D.C. Bar 479266                          Patricia E. McDonough
_____                  _____
BAR IDENTIFICATION NO.                   Print Name

                                         Seyfarth Shaw LLP, 815 Conn. Ave. N.W. Suite 500
                                         Address

                                         Washington, D.C.     20006-4004
                                         City       State       Zip Code

                                         (202) 463-2400
                                         Phone Number

## **CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing Local Civil Rule 7.1 Certificate was served by first class mail, postage prepaid, this 4th day of November, 2005 on:

Alan Lescht, Esq.
Alan Lescht and Associates, P.C.
1050 17th Street, N.W. Suite 220
Washington, D.C.  20036
Attorney for Plaintiff

Patricia E. McDonough
