US DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wenzell Taylor | * | Civ Action No. 05-2169 (RCL) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| Team Broadcast, LLC | * | |
| | * | |
| Defendant. | * | |

CERTIFICATE OF SERVICE

I, Alan Lescht, certify that Defendant's counsel, Patricia E. McDonough, accepted service of the summons and complaint in this case as of November 4, 2005.

_____
Alan Lescht