UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wenzell Taylor | * | Civ Action No. 05-2169 (RCL) |
| Plaintiff, | * | |
| v. | * | |
| Team Broadcast, LLC | * | |
| Defendant. | * | |

### JOINT MEET AND CONFER STATEMENT

Pursuant to F.R.Civ.P. 26(f), L.Cv.R. 16.3, and the Court's General Order and Guidelines for Civil Cases (ECF) (the "General Order"), the parties, through their undersigned counsel, hereby state that they conducted the conference required by those rules and Order by telephone and reached the agreements set forth herein. Pursuant to the rules of this Court and the General Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' suggestions.

1.  **Dispositive Motions**

    Plaintiff does not intend to file a dispositive motion. Defendant intends to file a motion for summary judgment after the close of all discovery.

2.  **Joinder and Amendment**

    The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

3. **Magistrate Judge**

The parties do not consent to assignment of this case to a Magistrate Judge.

4. **Settlement**

The parties consent to mediation before a Magistrate Judge, after some discovery has been completed.

5. **ADR**

The parties consent to mediation before a Magistrate Judge, after some discovery has been completed.

6. **Dispositive Motions Schedule**

The parties propose that a dispositive motion be filed no later than 45 days after the close of discovery; any opposition be filed within 30 days thereafter; and any reply within 15 days after the filing of the opposition.

7. **Initial Disclosures**

The parties agree to dispense with initial disclosures under F.R.Civ.P. 26(a)(1).

8. **Extent of Discovery**

The parties propose that discovery close six months after the date of the Scheduling Order. The parties agree that the limitations on discovery contained in F.R.Civ.P. 30, 33, & 34 should apply.

9. **Expert Witnesses**

The parties recommend that the expert disclosures required by F.R.Civ.P. 26(a)(2) be made 45 days before the close of fact discovery; and that any rebuttal expert disclosure be made

30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

10. **Class Action**

This is not a class action lawsuit.

11. **Bifurcation**

The parties do not seek bifurcation of discovery or trial.

12. **Pre-trial Conference**

The parties request that the Court schedule the Pre-trial Conference at the initial scheduling conference.

13. **Trial Date**

The parties request that the Court schedule the Trial at the initial scheduling conference.

14. **Proposed Order**

A proposed Scheduling Order is submitted herewith.

Date: December 1, 2005

                              Respectfully submitted,

                              _____/s/_____
                              Alan Lescht #441691
                              Alan Lescht & Associates, P.C.
                              1050 17th St., N.W. Suite 220
                              Washington, D.C. 20036
                              (202) 463-6036
                              Attorneys for Plaintiff

                              _____/s/_____
                              Peter Chatilovicz #210278
                              Patricia E. McDonough #479266
                              Seyfarth Shaw LLP
                              815 Conn. Ave., NW, Suite 500
                              Wash., DC 20006-4004
                              (202) 463-2400
                              Attorneys for Defendant

|                      |   |                             |
|----------------------|---|-----------------------------|
| Wenzell Taylor       | * | Civ Action No. 05-2169 (RCL) |
|                      | * |                             |
|          Plaintiff,  | * |                             |
|                      | * |                             |
|     v.               | * |                             |
|                      | * |                             |
| Team Broadcast, LLC  | * |                             |
|                      | * |                             |
|          Defendant.  | * |                             |

## SCHEDULING ORDER

Upon consideration of the joint meet and confer report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service of the motion, and any reply shall be filed within 15 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close on _____, 2006.

5. Expert disclosures shall be made 45 days before the close of fact discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

6. The pre-trial conference shall be on _____.

7. The trial of this case shall be on _____.

**SO ORDERED** on this ___ day of _____, 2005.

                                                  _____
                                                  United States District Judge