UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WENZEL TAYLOR,            )
                          )
    Plaintiff,            )
                          )
V.                        )          1:05-CV-02169 RCL
TEAM BROADCAST, LLC,      )
                          )
    Defendant.            )

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 83.6, this notice shall serve to inform the Court that Patricia McDonough, Esq., is withdrawing her appearance from this case. In place of and instead of Ms. McDonough, please enter the appearance of the undersigned, Jessica Hughes, Esq., of Seyfarth Shaw LLP as counsel for Defendant Team Broadcast Services LLC in the above-captioned matter. No trial date has been set, and this substitution of counsel will not materially change the posture of this case.

    Respectfully submitted,

    TEAM BROADCAST SERVICES LLC

    By:   _____/s/_____

    Patricia McDonough, Esq. DC Bar # 479266
    SEYFARTH SHAW LLP
    815 Connecticut Avenue NW  Suite 500
    Washington, DC 20006-4004
    (202) 463-2400 (telephone)
    (202) 828-5393 (facsimile)

    By:   _____/s/_____
    Jessica Hughes, Esq. DC Bar #468853
    SEYFARTH SHAW LLP
    815 Connecticut Avenue NW  Suite 500
    Washington, DC 20006-4004
    (202) 463-2400 (telephone)
    (202) 828-5393 (facsimile)