UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wenzell Taylor | * | Civ Action No. 05-2169 (RCL) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| Team Broadcast, LLC | * | |
| | * | |
| Defendant. | * | |
| | * | |

MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

Pursuant to Local Rule 83.6, the undersigned counsel of record to Plaintiff moves to withdraw as his counsel and for the Clerk to strike his appearance as counsel for Plaintiff based on the determination of Plaintiff to terminate his representation as stated in the document attached hereto as Exhibit 1.

Date: April 25, 2006

                                                 Alan Lescht & Associates, P.C.

                                                 By:    _Leschta5328_
                                                                 Alan Lescht
                                                                 DC Bar #441691
                                                                 1050 17th Street, NW, Suite 220
                                                                 Washington, D.C. 20036
                                                                 (202) 463-6036
                                                                 Attorneys for Plaintiff

CERTIFICATE PURSUANT TO LOCAL RULE 83.6

      I certify pursuant to Local Rule 83.6c, that the last known address for Wenzell Taylor is 2306 Ainger Place, SE, Wash., DC 20020, and that on April 25, 2006, I served upon Mr. Taylor a copy of this motion and a notice advising him to obtain other counsel, or if he intends to conduct the case pro se or object to the withdrawal, to so notify the Clerk in writing within five days of service of the motion, by regular mail and by fax. A copy is attached.

Leschta5328
_____
Alan Lescht

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by regular mail on April 25, 2006 to Wenzell Taylor, 2306 Ainger Place, SE, Wash., DC 20020.

Leschta5328
_____
Alan Lescht

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Wenzell Taylor | * | Civ Action No. 05-2169 (RCL) |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| Team Broadcast, LLC | * | |
| | * | |
| Defendant. | * | |

ORDER

Upon consideration of the motion by Alan Lescht & Associates, P.C. to withdraw as counsel to the plaintiff, it is hereby ORDERED that the motion is GRANTED and that the Clerk of the Court is directed to strike the appearance of Alan Lescht & Assoc., P.C., as counsel to the plaintiff.

_____
USDJ

3

**ALAN LESCHT & ASSOCIATES, P.C.**

1050 17th Street, N.W.
Suite 220
Washington. D.C. 20036

April 25, 2006

Wenzell Taylor
2306 Ainger Place, SE
Wash., DC 20020

Dear Mr. Taylor:

    As agreed lasst week, enclosed is a copy of my motion seeking to withdraw as your lawyer in the lawsuit filed against the District of Columbia.

    You should obtain other counsel. You are required to contact the Clerk of the U.S. District Court, 333 Const. Ave., NW, Wash., DC 20001, (202) 354-3000, and advise the Clerk if you have obtained other counsel, or if you intend to conduct the case pro se, or if you intend to object to my motion for withdrawal, within five days.

Very truly yours,

Alan Lescht

TEL 202-463-6036
Fax 202-463-6067

EXHIBIT 1

4

Case 1:05-cv-02169-RCL    Document 9    Filed 04/25/2006    Page 5 of 6

EXHIBIT 1

April 21, 2006

Termination of Representation

This confirms ~~that pl~~aintiff Wenzell Taylor and Alan Lescht & Assoc., PC have agreed to terminate their retainer agreement and Mr. Lescht's law firm's representation of him in this matter. Mr. Lescht has on this day returned to Mr. Taylor his files in the case and no fees or costs will be due to Mr. Lescht.

_____
Wenzel Taylor

_____
Alan Lescht