UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Wenzell Taylor | * | Civ Action No. 05-2169 (RCL) |
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
| v. | * |  |
|  | * |  |
| Team Broadcast, LLC | * |  |
|  | * |  |
| Defendant. | * |  |
|  | * |  |

### MOTION FOR STAY

Plaintiff moves for an Order staying these proceedings for a period of sixty days in order to provide him time to retain new counsel.

Pending before the Court is an unopposed motion by Plaintiff's former counsel to withdraw following termination of representation by Plaintiff. Plaintiff has possession of his files.

Defense counsel has stated that it will not agree to delay proceedings for more than 20-days.

Plaintiff seeks this relief in order to provide him time to obtain new counsel to prosecute his case. No prejudice would result from the delay.

Date: May 24, 2006

                                        Alan Lescht & Associates, P.C.

                                        By:    Leschta5328
                                                   Alan Lescht
                                                     DC Bar #441691
                                                     1050 17th Street, NW, Suite 220
                                                     Washington, D.C. 20036
                                                     (202) 463-6036
                                                     Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
|  | * | Civ Action No. 05-2169 (RCL) |
| Wenzell Taylor | * |  |
|  | * |  |
| Plaintiff, | * |  |
|  | * |  |
| v. | * |  |
|  | * |  |
| Team Broadcast, LLC | * |  |
|  | * |  |
| Defendant. | * |  |
|  | * |  |

## ORDER

Upon consideration of the motion, and the opposition thereto, it is hereby ORDERED that the motion is GRANTED.

_____
USDJ

1