**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WENZEL TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEAM BROADCAST, LLC )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:05-2169 RCL |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR SIXTY DAY STAY**

Defendant Team Broadcast, LLC ("Team"), by and through its undersigned counsel hereby submits its opposition to Plaintiff Wenzel Taylor's motion for a sixty (60) day stay. Team opposes Plaintiff's request for a stay because it prejudices Team's defense of the lawsuit and because Plaintiff's own dilatory behavior does not justify the Court staying proceedings. In further support of its opposition, Team states as follows:

1. This matter has been pending in one form or another, either in this Court or in the Superior Court for the District of Columbia since July 14, 2004. Thus, Team has been defending itself in this matter for nearly two (2) years.

2. On November 14, 2005, the Court ordered the parties to hold their LCvR 16.3 conference and the parties submitted their Joint Meet and Confer Statement on December 1, 2005 ("Joint Meet and Confer"). In the Joint Meet and Confer, the parties agreed that discovery

would close six months after the date of the Scheduling Order.[1]  June 1, 2006, which is six (6) months from when the parties filed the Meet and Confer, is less than one (1) week away.

3. On February 23, 2006, Team served its first set of discovery requests (interrogatories and requests for production of documents) on Plaintiff.  Plaintiff's responses were due no later than March 28, 2006.[2]

4. Team agreed to extend the time for Plaintiff to respond to its discovery responses until Monday, April 17, 2006.  On April 17, 2006, Team agreed to a second extension of time, until Friday, April 21, 2006, in which Plaintiff could serve his discovery responses.  On April 21, 2006, rather than serve discovery responses, Plaintiff's counsel, Alan Lescht, informed counsel for Team that he intended to withdraw as Plaintiff's counsel.

5. On April 25, 2006, Mr. Lescht moved to withdraw as Plaintiff's counsel.

6. As of May 24, 2006, Mr. Lescht remains Plaintiff's counsel of record.  Mr. Lescht has not responded to Team's discovery requests on Plaintiff's behalf.

7. On May 15, 2006, Plaintiff told counsel for Team that (1) he did not intend to proceed *pro se*; (2) he had not secured new counsel and could not give a date by which he would secure new counsel; and (3) he would not respond to discovery himself but would do so only through counsel and could not give a date by which he would respond to discovery.  As of May 24, 2006, Team has received no discovery responses directly from Plaintiff.

8. Plaintiff has now moved the Court for a sixty (60) day stay of proceedings.

---

[1] Team notes that the Court never entered a Scheduling Order in this matter.  However, Team has defended this case under the assumption that discovery closes six (6) months from the date of the Joint Meet and Confer, or June 1, 2006.

[2] Team timely served Plaintiff with its responses to interrogatories and requests for production of documents.

2

9.      Given the long history of this case, Plaintiff's failure to respond to discovery, and Plaintiff's inability to make any representations as to when, if ever, he will secure representation and respond to discovery, the Court should not grant Plaintiff's motion for a sixty (60) day stay.

10.     Team, which has cooperated fully in the litigation of this matter, will be prejudiced by further delay in the resolution of this matter because Plaintiff seeks back pay (which accrues daily) in his lawsuit and because of the time and resources Team has been forced to expend in its extended defense of this matter.

WHEREFORE, Team respectfully requests the following:

(1)     that the Court deny Plaintiff's motion for a stay;

(2)     that the Court be willing to consider a motion to dismiss under Fed. R. 37(d) and/or Fed. R. 41(b) if Plaintiff does not respond fully to Team's discovery requests within ten (10) business days after the Court denies Plaintiff's motion; and

(3)     that the Court enter a Scheduling Order in this matter.

Respectfully submitted,

TEAM BROADCAST, LLC


By:          /s/
    Jessica R. Hughes, DC Bar No. 468853
    Peter Chatilovicz, DC Bar No. 210278
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, N.W., Suite 500
    Washington, DC 20006-4004
    (202) 463-2400

Date: May 24, 2006            Attorneys for Defendant Team Broadcast, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and accurate copy of the foregoing Defendant's Opposition to Plaintiff's Motion for Stay was served via ECF this 24th of May 2006 upon the following:

>Alan Lescht, Esq.
>Alan Lescht and Associates, P.C.
>1050 17th Street, N.W. Suite 200
>Washington, D.C. 20036
>*Counsel of Record for Plaintiff*

And via first class U.S. Mail, postage prepaid, this 24th day of May, 2006, upon:

>Wenzel Taylor
>2306 Ainger Place, SE
>Washington, DC 20020
>*Plaintiff*

                                           /s/
                                 Jessica R. Hughes

DC1 30167135.1