UNITED STATES ISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZEL TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 05-02169 (RCL) |
| | ) |
| TEAM BROADCAST, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

Upon consideration of plaintiff's motion [10] for a stay of proceedings, the opposition thereto, and the record herein, plaintiff's motion is DENIED.

Plaintiff did not object to the motion to withdraw filed by plaintiff's counsel [9], Alan Lescht, and that motion is hereby GRANTED.

A scheduling order was inadvertently not entered by the Court on December 1, 2005, but the parties agreed at that time that all discovery would be completed by June 1, 2006, and agreed to a schedule for dispositive motion to be filed no later than 45 days thereafter.

Plaintiff has failed to respond to outstanding discovery for months now, and unless plaintiff responds by July 1, 2006, either pro se or through counsel, the Court will entertain defendant's motion for sanctions. This has the effect of giving plaintiff some time to secure new counsel – although the Court has no basis to conclude that there existed good cause for plaintiff's dismissal of prior counsel – but denies the sort of indefinite stay sought by plaintiff.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 31, 2006