UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZELL O. TAYLOR )<br>)<br>    PLAINTIFF )<br>)<br>VS )<br>)<br>TEAM BROADCAST, LLC )<br>)<br>    DEFENDANT )<br>) | Civil Action No. 05-2169 (RCL) |

## PLAINTIFF'S MOTION FOR COURT APPOINTED COUNSEL

    On April 25 2006, Alan Lescht & Associates withdrew as counsel for the Plaintiff in this case. Since that time Plaintiff has sought other counsel to represent him in this matter but has not been able to find affordable counsel. Plaintiff is presently unemployed and cannot afford the $12,000.00 to $15,000.00 retainer fees sought by suitable counsel. Plaintiff is not schooled in the law and legal procedures, and is not licensed to practice law and would prefer not to conduct the case pro se.

    It is for these reasons that Plaintiff is requesting court appointed counsel.

*/s/ Wenzell Taylor*

Wenzell O. Taylor
2306 Ainger Pl., S.E.
Washington, D.C. 20020
(202) 889-2989

RECEIVED
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I **Wenzell O. Taylor** will mail a copy of this motion on July 31, 2006 to **Jessica R. Hughes**, at **SEYFARTH SHAW LLP, 815 Connecticut Ave., N.W. Suite 500,** Washington, D.C. 20006

*Wenzell Taylor*
Wenzell O. Taylor
2306 Ainger Pl., S.E.
Washington, D.C. 20020
(202) 889-2989