**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WENZELL O. TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 05-2169-RCL |
| | ) |
| TEAM BROADCAST, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR STATUS CONFERENCE**

Defendant Team Broadcast, LLC ("Team"), by and through its undersigned counsel, hereby moves the Court to hold a status conference in the above-referenced case.[1] In support of its motion, Team states as follows:

1. The Court permitted prior counsel for Plaintiff Wenzel Taylor to withdraw as of June 1, 2006. Since that time, Plaintiff has not retained new counsel. On July 31, 2006, Plaintiff moved the Court for Court-appointed counsel.

2. While Plaintiff has provided minimal responses to Team's written discovery requests, Team has been unable to schedule Plaintiff for a deposition. Counsel for Team's limited communication with Plaintiff has indicated that Plaintiff is unwilling to be deposed without representation.

3. Plaintiff has taken no action to prosecute his case. He has not taken, or tried to take, any depositions, and he has not followed up on Team's discovery responses to Plaintiff's prior counsel.

---

[1] Counsel for Team attempted to obtain Plaintiff's consent for this motion but was unable to reach him telephonically.

4. This case has been pending on the Court's docket since November 2005. Although no date certain has been set for the close of discovery, the parties had initially agreed that discovery would close on June 1, 2006. Thus, this case has been lingering on the docket.

5. Given this case's history and the Plaintiff's current *pro se* status, Team thinks it is in the parties' and the Court's best interests to hold an in-person status conference on the following:

    a.) Plaintiff's motion for Court-appointed counsel;[2]

    b.) Scheduling Plaintiff's deposition, with or without counsel;

    c.) Setting new deadlines for the close of discovery and submission of dispositive motions; and

    d.) Any other items either party or the Court puts on the agenda.

WHEREFORE, Team respectfully requests that the Court hold a Status Conference in the above-referenced case at a mutually convenient time but no later than September 15, 2006.

Respectfully submitted,

TEAM BROADCAST, LLC

By: _____/s/_____
    Jessica R. Hughes, DC Bar No. 468853
    SEYFARTH SHAW LLP
    815 Connecticut Avenue, NW #500
    Washington, DC 20006-4004
    (202) 463-2400

Dated: August 8, 2006

---

[2] Team takes no formal position on Plaintiff's motion except that, to the extent the Court were to grant it, any appointment of counsel not delay the case unnecessarily.

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Motion for Status Conference was served via first-class U.S. mail, postage pre-paid this 8th of August 2006 upon the following:

        Wenzel O. Taylor
        2306 Ainger Place, SE
        Washington, DC  20020


        _____
        Jessica R. Hughes

DC1 30170962.1