UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENZELL O. TAYLOR | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS | ) | Civil Action No. 05-2169 (RCL) |
| | ) | |
| TEAM BROADCAST, LLC | ) | |
| | ) | |
| DEFENDANT | ) | |

**PLAINTIFF'S SECOND MOTION FOR COURT APPOINTED COUNSEL**

On June 1, 2006 this court granted the Motion to Withdraw as Attorney to the Plaintiff's initial council. The Plaintiff immediately made a lengthily unsuccessful regional search for new representation. As Plaintiff is unemployed and unable to find employment, all inquiries made by the Plaintiff for council have resulted in discouraging and unaffordable fees sought by potential representation and their reluctance to commit to the case. Yet, all to whom inquiries were made agree that Plaintiff has a valid case.

On August 1, 2006 Plaintiff motioned the court for court appointed council. Plaintiff pointed out that he is not schooled in the law and legal procedures, and is not licensed to practice law and would prefer not to conduct the case pro se. The Court has yet to rule on that motion and on the August 8, 2006, Motion for Hearing/Status Conference, submitted by the Defendant.

The Plaintiff believes that to this point the Defendant has demonstrated an unethical approach in this matter and the Plaintiff is not comfortable communicating with the Defendant without legal representation. On September 22, 2006 the Plaintiff received a written request from the Defendant requiring a response by September 29, 2006, to notice the Plaintiff's deposition at the Plaintiff's availability, between October 6, 2006 and October 13, 2006. The request also threatens the Plaintiff with possible sanction by the court for failure to appear. (See Exhibit A)

**RECEIVED**

SEP 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

With all due respect, the Plaintiff optimistically hopes that in all probability he will receive a fair trial in this matter and for several various reasons not just have the appearance of receiving one.

Therefore the Plaintiff submits this second motion for court appointed council.

*Wenzell Taylor*

Wenzell O. Taylor
2306 Ainger Pl., S.E.
Washington, D.C. 20020
(202) 889-2989

September 23, 2006

# SEYFARTH SHAW LLP
ATTORNEYS

815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004
202-463-2400
fax 202-828-5393
www.seyfarth.com

Writer's direct phone
(202) 828-3566

Writer's e-mail
jhughes@seyfarth.com

September 21, 2006

**VIA CERTIFIED MAIL**

Wenzel Taylor
2306 Ainger Place, SE
Washington, DC 20020

      Re:    *Wenzel Taylor v. Team Broadcast, LLC*, Case No. 05-2169 (RCL)(D.D.C.)

Dear Mr. Taylor:

      In your July 31, 2006 motion to the Court, you stated that you would "prefer not to proceed *pro se*." However, it is now near the end of September, the Court has yet to rule on your motion and you have not obtained counsel. Thus, I must seek to notice your deposition regardless of your *pro se* status. Accordingly, I ask that you provide me with your availability for deposition between Monday, October 6, 2006 and Friday, October 13, 2006. Please note that the deposition will be at our offices downtown, will begin at 10:00 am and will likely last until the late afternoon.

      If you do not contact me with an acceptable date by Friday, September 29, 2006, I will have no choice but to notice your deposition for a date within the time frame specified above. In that event, please be aware that any failure by you to appear for a duly-noticed deposition is a violation of Fed. R. Civ. P. 37(d) and may be subject to sanction by the Court.

      I look forward to hearing from you shortly.

      Very truly yours,

      SEYFARTH SHAW LLP

      Jessica R. Hughes

JRH
cc:    Peter Chatilovicz, Esquire

BRUSSELS  WASHINGTON, D.C.  SAN FRANCISCO  SACRAMENTO  NEW YORK  LOS ANGELES  HOUSTON  CHICAGO  BOSTON  ATLANTA

DC1 30173313.1

## CERTIFICATE OF SERVICE

I **Wenzell O. Taylor** will mail a copy of this motion on September 25, 2006 to **Jessica R. Hughes**, at **SEYFARTH SHAW LLP, 815 Connecticut Ave., N.W. Suite 500,** Washington, D.C. 20006

*/s/ Wenzell Taylor*
**Wenzell O. Taylor**
2306 Ainger Pl., S.E.
Washington, D.C. 20020
(202) 889-2989