UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZEL TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEAM BROADCAST, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2169 (RCL) |

## ORDER

Plaintiff's untimely motion [13] for appointment of counsel is DENIED. Plaintiff has failed to demonstrate that the nature and complexity of this case requires appointment of counsel, nor the potential merit of plaintiff's claim, nor the degree to which the interests of justice will be served by appointment of counsel. Inability to pay for counsel is alone insufficient to warrant court appointment of counsel.

This Court's Order dated May 31, 2006, was not complied with by plaintiff, who was directed to respond to outstanding discovery by July 1, 2006, either *pro se* or through counsel. The Court denied plaintiff's request for a stay of proceedings, but defendant's motion [14] for status conference indicates plaintiff has still refused to participate in discovery and has taken no action to prosecute his case. Nevertheless, defendant has not sought sanctions and has only moved for a status conference.

Accordingly, defendant's motion is GRANTED, and a status conference shall be held at 9:30a.m. on November 15, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on November 9, 2006.