# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| WENZELL O. TAYLOR | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS | ) | Civil Action No. 05-2169 (RCL) |
| | ) | |
| | ) | |
| TEAM BROADCAST, LLC | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | |

## PLAINTIFF'S MOTION: REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiff, Wenzell Taylor in the above-entitled action, moves this court to order the defendant to provide the following documents listed below.

In response to the courts order denying appointment of council, the Plaintiff's former council advised him at the point in time when we were terminating our contract, that there may be a few deadlines that had to be met coming up pretty soon and that he, the Plaintiff, should contact the clerks office for specific dates. The Plaintiff did later contact the clerks' office by telephone and was told that since no ruling had been made on the "Motion To Withdraw" filed by the Plaintiff's former council, there was no rush or deadline to meet at that time. The Plaintiff was told that the case would not move forward until a ruling had been made on that motion.

The court is mistaken in its belief that the Plaintiff did not comply with the courts order dated 5/31/06. Although the Plaintiff himself did not receive a copy of that 5/31/06 order, the Plaintiff did contact the Defendants' council by telephone on 5/15/06. The Plaintiff explained to the Defendant that it was *not* his intention to never respond to the defendants' discovery requests, but that he wished to do so under the guidance of council. Never the less the Plaintiff did respond to the Defendants' discovery requests on June 19, 2006. The Plaintiff was not aware that the original discovery deadlines were in April 2006 until he received a letter from the Defendants council dated 5/9/06 complaining about the requests being past due.

**RECEIVED**

NOV 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

On October 15, 2006 the Plaintiff was deposed by the Council for the Defendant. During that deposition, Council for the Defendant presented the Plaintiff with several documents for examination that the Council claims were included in the response to the Plaintiffs' discovery requests. To the Plaintiffs' knowledge, his former council turned over to him a complete file of the documents produced in this case. Yet several of the documents that were shown to the Plaintiff in the deposition are not among those that were included in the files he received from his former council. The Plaintiff therefore requests the following documents from the Defendant.

1. A complete set of the documents that were sent to the Plaintiffs' former council in response to his discovery requests.

2. A copy of the Plaintiffs' work attendance records from 12/03 thru 5/28/04.

The Plaintiff contacted the Defendants' council, Jessica R. Hughes on 11/20/06 by telephone in regards to him filing this motion. In that conversation she stated that she would Federal Express to the Plaintiff a copied set of the discovery documents that were sent to the Plaintiffs' former council. If the Plaintiff needed any additional documents that request would have to be in the form of a motion.

__11/20/06__                          _Wenzell Taylor_

                                     Wenzell Taylor
                                     2306 Ainger Pl., S.E.
                                     Washington, D.C. 20020
                                     202-889-2989

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the forgoing "PLAINTIFF'S MOTION: REQUEST FOR PRODUCTION OF DOCUMENTS" was served by certified mail # 7006 0810 0001 9502 5842, postage prepaid, this 20th day of November 2006, upon:

> Jessica R. Hughes
> SEYFARTH SHAW Attorneys, LLP
> 815 Connecticut Avenue, N.W.
> Suite 500
> Washington, D.C. 20006-4004
> Attorney for Defendant

_Wenzell Taylor_

Wenzell Taylor
2306 Ainger Pl., S.E.
Washington, D.C. 20020
Plaintiff