IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZEL O. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-2169-RCL |
| ) | |
| TEAM BROADCAST, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION:
REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendant Team Broadcast, LLC ("Team"), by and through its undersigned counsel, respectfully responds to Plaintiff Wenzel Taylor's ("Taylor") Motion: Request for Production of Documents ("Motion"). It is not clear from Taylor's Motion what relief, if any, he is seeking from the Court. Regardless, Taylor's Motion is moot because Team has provided Taylor with all the documents sought in his Motion.

At the November 15, 2006 Status Conference, both parties agreed that discovery should be closed and the Court set a briefing scheduled for summary judgment.[1] However, on November 20, 2006, Taylor contacted counsel for Team to request additional documents. Specifically, Taylor requested a complete set of the documents previously produced to Taylor's former counsel and a copy of his attendance records. Team agreed to provide those documents.[2]

---

[1] At the Status Conference, Team's motion for summary judgment was set for **Monday, December 18, 2006** (not December 15, 2006 as indicated in the Court's order); Taylor's response is due on January 18, 2007; Team's reply is due January 29, 2007; and the hearing is set for January 31, 2007, at 4:30 pm.

[2] Because Team agreed to provide the documents, it is unsure why Taylor filed the Motion with the Court.

2

In fact, that same day, Team sent Taylor a complete copy of the documents previously produced via Federal Express. (Delivery confirmation attached hereto as Exhibit A.) In addition, Team obtained Taylor's attendance information (which had never been the subject of a Rule 34 Request for Production of Documents) from its off-site storage location and sent it to him via Federal Express on November 30, 2006. Accordingly, there is no basis for Taylor to seek relief from the Court and the Motion should be denied.

          Respectfully submitted,

          TEAM BROADCAST, LLC


          By:_____/s/_____
              Jessica R. Hughes, DC Bar No. 468853
              SEYFARTH SHAW LLP
              815 Connecticut Avenue, NW  #500
              Washington, DC  20006-4004

Dated: November 30, 2006              (202) 463-2400

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Defendant's response to Plaintiff's Motion: Production of Documents was served via overnight delivery (Federal Express), this 30th of November, 2006 upon the following:

> Wenzel O. Taylor
> 2306 Ainger Place, SE
> Washington, DC  20020

                                                        /s/
                                          Jessica R. Hughes

DC1 30177164.1