**From:** TrackingUpdates@fedex.com [mailto:TrackingUpdates@fedex.com]
**Sent:** Tuesday, November 21, 2006 10:22 AM
**To:** Edenfield, Sloan
**Subject:** FedEx Shipment 799540600568 Delivered

_____

This tracking update has been requested by:

Company Name: Seyfarth Shaw LLP

Name:  Sloan Edenfield

E-mail:  sedenfield@seyfarth.com

_____

Our records indicate that the following shipment has been delivered:

```
Tracking number:                   799540600568
Reference:                         23030-11
Ship (P/U) date:                   Nov 20, 2006
Delivery date:                     Nov 21, 2006 10:10 AM
Sign for by:                       Signature Release on file
Delivered to:                      Residence
Service type:                      FedEx Priority Overnight
Packaging type:                    FedEx Envelope
Number of pieces:                  1
Weight:                            0.5 LB

Shipper Information                Recipient Information
Sloan Edenfield                    Wenzell Taylor
Seyfarth Shaw LLP                  2306 Ainger Place, SE
815 Connecticut Avenue             Washington
Suite 500                          DC
Washington                         US
DC                                 20020
US
20006
```

Special handling/Services:
Deliver Weekday
Residential Delivery

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 9:15 AM  CST
on 11/21/2006.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number  above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of  the request, the requestor's message, or the accuracy of this tracking update.  For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

2