IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZEL O. TAYLOR,  )<br>  )<br>   Plaintiff,  )<br>  )<br> v.  )  Civil Action No. 05-2169 (RCL)<br>  )<br>TEAM BROADCAST, LLC,  )<br>  )<br>   Defendant.  )<br>_____) | |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Team Broadcast, LLC ("Team"), through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 56, hereby moves this Court for an order granting summary judgment in its favor. The record in this case shows that there are no genuine issues of any material fact regarding Plaintiff Wenzel Taylor's ("Taylor") claims, and Team is entitled to judgment as a matter of law.

In support of this motion, Team respectfully refers the Court to the accompanying Memorandum of Points and Authorities and the Statement of Material Facts as To Which There is No Genuine Issue.

Taylor, who is proceeding pro se, is hereby advised that failure to respond to a dispositive motion may result in the district court granting the motion and dismissing the case. See Fox v. Strickland, 837 F.2d 507, 509 (D.C. Cir. 1988).[1]

---

[1] The Court also advised Taylor at the November 15, 2006 Status Conference that he had to respond in writing to Team's motion or face dismissal.

Wherefore, Team respectfully requests that the Court grant its motion, enter judgment in its favor and against Taylor, and order any other relief it deems just and appropriate.

Date: December 18, 2006

Respectfully submitted,

TEAM BROADCAST, LLC

By: _____/s/_____
Jessica R. Hughes, DC Bar 468853
Eric J. Janson
SEYFARTH SHAW, LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006-4004
(202) 463-2400
Counsel for Defendant Team Broadcast, LLC

DC1 30185047.1