# **Employment Agreement**

This Agreement is made between Team Broadcast Systems, LLC, a <u>District of Columbia</u> corporation (hereinafter referred to collectively with its subsidiaries as the "Company"), and <u>Wenzell Taylor</u> (the "Employee").

In consideration of the employment or the continued employment of the Employee by the Company, the Company and the Employee agree as follows:

1. <u>Probationary Period</u>. The Employee is subject to a six (6) month probationary period during which vacation is accrued but not taken unless due to extenuating circumstances. The Company will evaluate the Employee's work habits and skills to determine whether or not they reflect the skill level necessary to meet the expectations of the position. The Company will also grant a performance review to the employee at the end of the probationary period. The probationary period does not change, in any way, the "at-will" relationship between the Company and the Employee and the Company reserves the right to terminate the Employee at any time during this six (6) month probationary period if the Employee is not performing to the Company's expectations.

2. <u>Conflict of Interest</u>. During the period of employment, Employee shall not engage in any other business activity, directly or indirectly, regardless of whether it is for profit, gain or otherwise that is similar to the business activity of the Company. Employee shall not freelance as a television writer, producer, associate producer, editor, camera person, production assistant or provide any other television related services to any third party for profit, gain or otherwise without the written permission of the Company.

3. <u>Proprietary Information</u>. During the course of employment, Employee shall become aware of certain methods, practices, procedures, creative programming concepts and other information used by the Company to conduct its business. By way of illustration and not limitation, such information may include inventions, products, processes, Works Made for Hire, techniques, formulas, compositions, compounds, projects, developments, customer lists, pricing information, bid and contractual arrangements, research data, clinical data, financial data, personnel data, computer programs, customer and supplier lists, and contacts at or knowledge of customers or prospective customers of the Company. The Employee agrees that each and all of the aforementioned are Proprietary Information and thus are trade secrets. Employee will not at any time either during employment or thereafter, divulge, furnish, or make available either directly or indirectly to any person, firm, corporation or other entity any Proprietary Information used by the Company. Employee agrees that all such matters and information shall be kept strictly and absolutely confidential.

4. <u>Works Made for Hire (Works)</u>. Employee agrees that all creative video production concepts (defined as any video and television programming ideas or concepts developed, conceived and discussed with the Company during employment) created by Employee either for use by the Company or which could be used and developed by the Company in furtherance of the Company's business activity, which are created or conceived during the course of employment by the Company, shall be considered as Works Made for Hire and all rights, titles and interest in and to all developments and to said Works shall and do



vest in the Company. Employee further agrees that said Works are Proprietary Information and as such shall be kept strictly and absolutely confidential.

5. <u>Termination Responsibilities</u>. Employee, upon cessation of employment and irrespective of the time, manner or reason of termination, will immediately surrender and deliver to the Company all lists, books, records, memoranda and data of every kind related to all Proprietary Information and all property belonging to the Company.

6. <u>Uniquely Employed</u>. The services of Employee are personal and unique and therefore Employee may not assign the Employment Agreement nor delegate the duties or obligations hereunder except in the normal course of business.

7. <u>Legally Binding</u>. If any provision of this Agreement shall be determined by a Court having jurisdiction, to be invalid, illegal or unenforceable, the remainder of this Agreement shall not be affected and shall continue in full force and effect as though the invalid, illegal or unenforceable provision was not originally a part of this Agreement.

Intending to be Legally Bound, the parties have executed this Agreement as of the dates listed below.

_____     _____
Brad Simons, General Manager                                              Date
Team Broadcast Systems, LLC


_____*Wenzell Taylor*_____     ____12-13-2003____
Wenzell Taylor                                                                       Date