Employee: WENZELL TAYLOR

Approval: _____

Team Broadcast Services
7600 Boston Blvd.
Springfield VA

Week Beginning 12/21/2003
& Ending 1/3/2004

| Day | Date | Time In | Time Out | Regular Hrs | Over Time Hrs | Vacation Hrs | Sick Hrs | Holiday Hrs | Personal Hrs | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 12/21/2003 | | | | | | | | | |
| Monday | 12/22/2003 | 8AM | 5PM | 8 | | | | | | 8 |
| Tuesday | 12/23/2003 | 8AM | 5PM | 8 | | | | | | 8 |
| Wednesday | 12/24/2003 | 8AM | 5PM | 8 | | | | | | 8 |
| Thursday | 12/25/2003 | Holiday | | | | | | 8 | | 8 |
| Friday | 12/26/2003 | Holiday | | | | | | 8 | | 8 |
| Saturday | 12/27/2003 | | | | | | | | | |
| Sunday | 12/28/2003 | | | | | | | | | |
| Monday | 12/29/2003 | 8AM | 5PM | 8 | | | | | | 8 |
| Tuesday | 12/30/2003 | 8AM | 5PM | 8 | | | | | | 8 |
| Wednesday | 12/31/2003 | 8:30AM | 5PM | 8 | | | | | | 8 |
| Thursday | 1/1/2004 | Holiday | | | | | | 8 | | 8 |
| Friday | 1/2/2004 | Holiday | | | | | | 8 | | 8 |
| Saturday | 1/3/2004 | | | | | | | | | |
| | Total Hours Per Column | | | 48 | | | | 32 | | 80 |

Employee Signature  W. Taylor      48 Reg    32 Hol

Employee: Wenzell Taylor

Approval: [signature]

Team Broadcast Services
7600 Boston Blvd.
Springfield VA

Week Beginning 1/4/2004
& Ending 1/17/2004

| | | Time In | Time Out | Regular Hrs | Over Time Hrs | Vacation Hrs | Sick Hrs | Holiday Hrs | Personal Hrs | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 1/4/2004 | | | | | | | | | |
| Monday | 1/5/2004 | 9 | 5 | 8 | | | | | | 8 |
| Tuesday | 1/6/2004 | 9 | 5 | 8 | | | | | | 8 |
| Wednesday | 1/7/2004 | 9 | 5 | 8 | | | | | | 8 |
| Thursday | 1/8/2004 | 9 | 4 | 7 | | | | | 1 | 8 |
| Friday | 1/9/2004 | 9 | 5 | 8 | | | | | | 8 |
| Saturday | 1/10/2004 | 11 AM | 6 PM | | 7 | | | | | 7 |
| Sunday | 1/11/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Monday | 1/12/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Tuesday | 1/13/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Wednesday | 1/14/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Thursday | 1/15/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Friday | 1/16/2004 | | | | | | | | | |
| Saturday | 1/17/2004 | | | | | | | | | |
| | | Total Hours Per Column | | 79 | 7 | | | | 1 | 87 |

Employee Signature: Wenzell Taylor

OT approved by
Jim Schoenmeier
1/10 initials

ENTERED

Employee: Wenzell Taylor

Approval: _MC_

Team Broadcast Services
7600 Boston Blvd.
Springfield VA

Week Beginning: 1/18/2004
& Ending: 1/31/2004

We punch when punch out 2 hours of 3 hours missed cause we was forced to work these hours

| Day | Date | Time In | Time Out | Regular Hrs | Over Time Hrs | Vacation Hrs | Sick Hrs | Holiday Hrs | Personal Hrs | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 1/18/2004 | 6 AM | 3 PM | 8 | | | | | | 8 |
| Monday | 1/19/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Tuesday | 1/20/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Wednesday | 1/21/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Thursday | 1/22/2004 | DAY | OFF | | | | | | | |
| Friday | 1/23/2004 | DAY | OFF | | | | | | | |
| Saturday | 1/24/2004 | 6 AM | 2 PM | 8 | | | | | | 8 |
| Sunday | 1/25/2004 | 10 AM | 6 PM | 8 | | | | | | 8 |
| Monday | 1/26/2004 | 9 AM | 6 PM | 8 no meal | 1 | | | | | 9 |
| Tuesday | 1/27/2004 | 9 AM | 6 PM | 8 no meal | 1 | | | | | 9 10 |
| Wednesday | 1/28/2004 | 9 AM | 6 PM | 8 no meal | | | | | | |
| Thursday | 1/29/2004 | | | | | | | | | |
| Friday | 1/30/2004 | | | | | | | | | |
| Saturday | 1/31/2004 | 9 AM | 6 PM | 8 | | | | | | 8 |
| | Total Hours Per Column | | | 80 | 9 | | | | | 41 |

Employee Signature: _Wenzell Taylor_

1hr OT + 2 missed meals.

8½ hrs Total

Employee: Wenzell Taylor

Approval: Mary Ballmann B/२

Team Broadcast Services
7600 Boston Blvd.
Springfield VA

Week Beginning: 2/1/2004
& Ending: 2/14/2004

ENTERED

| | | Time In | Time Out | Regular Hrs | Over Time Hrs | Vacation Hrs | Sick Hrs | Holiday Hrs | Personal Hrs | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 2/1/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Monday | 2/2/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Tuesday | 2/3/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Wednesday | 2/4/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Thursday | 2/5/2004 | | | | | | | | | |
| Friday | 2/6/2004 | | | | | | | | | |
| Saturday | 2/7/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Sunday | 2/8/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Monday | 2/9/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Tuesday | 2/10/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Wednesday | 2/11/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Thursday | 2/12/2004 | | | | | | | | | |
| Friday | 2/13/2004 | 9AM | 6PM | 8 | | | | | | 8 |
| Saturday | 2/14/2004 | 9AM | 6PM | | 8 | | | | | 8 |
| | | Total Hours Per Column | | 80 | 8 | | | | | 88 |

Employee Signature: Wenzell Taylor

Employee: Wenzell Taylor
Approval:

Team Broadcast Services
7600 Boston Blvd.
Springfield VA

ENTERED

Week Beginning 2/15/2004
& Ending 2/28/2004

|  |  | Time In | Time Out | Regular Hrs | Over Time Hrs | Vacation Hrs | Sick Hrs | Holiday Hrs | Personal Hrs | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 2/15/2004 | 9AM | 6PM | 8 |  |  |  |  |  | 8 |
| Monday | 2/16/2004 | 9AM | 6PM | 8 |  |  |  |  |  | 8 |
| Tuesday | 2/17/2004 | 8:30AM | 5:30PM | 8 |  |  |  |  |  | 8 |
| Wednesday | 2/18/2004 | 8:30 | 5:30 | 8 |  |  |  |  |  | 8 |
| Thursday | 2/19/2004 | 8:30 | 5:30 | 8 |  |  |  |  |  | 8 |
| Friday | 2/20/2004 | 8:30 | 5:30 | 8 | 8 |  |  |  |  | 8 |
| Saturday | 2/21/2004 |  |  |  |  |  |  |  |  |  |
| Sunday | 2/22/2004 |  |  |  |  |  |  |  |  |  |
| Monday | 2/23/2004 | 10:30 | 5:30 | 8 |  |  |  |  | 2 | 8 |
| Tuesday | 2/24/2004 | 8:30 | 5:30 | 8 |  |  |  |  |  | 8 |
| Wednesday | 2/25/2004 | 8:30 | 6:30 | 8 | 8 |  |  |  |  | 9 |
| Thursday | 2/26/2004 | 8:30 | 5:30 | 8 |  |  |  |  |  | 8 |
| Friday | 2/27/2004 | 8:30 | 5:30 | 8 |  |  |  |  |  | 8 |
| Saturday | 2/28/2004 |  |  |  |  |  |  |  |  |  |
|  |  | Total Hours Per Column | | 79 | 8 |  |  |  | 2 | 89 |

Employee Signature: Wenzell Taylor

Team Broadcast Services
7600 Boston Blvd.
Springfield VA

Employee: Taylor, Wenzell

Approval:

Week Beginning 2/29/2004
& Ending 3/13/2004

| | | Time In | Time Out | Regular Hrs | Over Time Hrs | Vacation Hrs | Sick Hrs | Holiday Hrs | Personal Hrs | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|
| Sunday | 2/29/2004 | | | | | | | | | |
| Monday | 3/1/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Tuesday | 3/2/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Wednesday | 3/3/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Thursday | 3/4/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Friday | 3/5/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Saturday | 3/6/2004 | | | | | | | | | |
| Sunday | 3/7/2004 | | | | | | | | | |
| Monday | 3/8/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Tuesday | 3/9/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Wednesday | 3/10/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Thursday | 3/11/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Friday | 3/12/2004 | 8:30 | 5:30 | 8 | | | | | | 8 |
| Saturday | 3/13/2004 | | | | | | | | | |
| | Total Hours Per Column | | | 80 | | | | | | 80 |

Employee Signature: W. Taylor

TEAM BROADCAST SERVICES
7600 Boston Blvd.
Springfield VA

Week Beginning 03/14/2004  Ending 03/20/2004

**Time off Only**

| Dates | Hol | Sick | Vacation | Persnl | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | | | |
| Tuesday | | | | | |
| Wednesday | | | | | |
| Thursday | | | | | |
| Friday | | | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | | | | |

**Hours Worked Only**

| Dates | Time in | Time out | Lunch Break | Total Hours | Comments |
|---|---|---|---|---|---|
| 3/14 Sunday | | | | | |
| 3/15 Monday | 8:30 | 5:30 | | 8 | |
| 3/16 Tuesday | 8:30 | 10:PM | | 12.5 | |
| 3/17 Wednesday | 8:30 | 9:PM | | 12.5 | |
| 3/18 Thursday | 8:30 | 5:30 | | 8 | |
| 3/19 Friday | 8:30 | 6:30 | | 8.75 | |
| 3/20 Saturday | | | | | |
| Total hours | | | | 49.75 | |

Name of Employee: WENZELL TAYLOR    40 Regular 9.75 OT

Approved by: (signature)    Signature of Employee:

Please note that any time over 40 hours worked will be automatically granted as O/T

TEAM BROADCAST SERVICES
7600 Boston Blvd.
Springfield VA

Week Beginning 03/21/2004 Ending 03/27/2004

**Time off Only**

| | Hol | Sick | Vacation | Persnl | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | | | |
| Tuesday | | | | | |
| Wednesday | | | | | |
| Thursday | | | | | |
| Friday | | | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | | | | |

**Hours Worked Only**

| Dates | | Time in | Time out | Lunch Break | Total Hours | Comments |
|---|---|---|---|---|---|---|
| 3/21 | Sunday | | | | | |
| 3/22 | Monday | 8:30 | 5:30 | | 8 | |
| 3/23 | Tuesday | 8:30 | 8:30 PM | | 11 | 3 Hr over |
| 3/24 | Wednesday | 8:30 | 9:00 PM | | 11.5 | 3½ Hr over |
| 3/25 | Thursday | 8:30 | 5:30 | | 8 | |
| 3/26 | Friday | 8:30 | 7:00 PM | | 9.5 | 1½ Hr over |
| 3/27 | Saturday | 8:30 | 5:30 | | 8 | 3 Hr over |
| Total hours | | | | | 56 | |

Name of Employee: Wenzell Taylor     40 Regular + 16 OT    Signature of Employee:

Approved by: (signature)

Please note that any time over 40 hours worked will be automatically granted as O/T

TEAM BROADCAST SERVICES  
7600 Boston Blvd.  
Springfield VA

Week Beginning 03/28/2004 Ending 04/3/2004

### Time off Only

| | Hol | Sick | Vacation | Persnl | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | | | |
| Tuesday | | | | | |
| Wednesday | | | | | |
| Thursday | | | | | |
| Friday | | | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | | | | |

### Hours Worked Only

| Dates | Time in | Time out | Lunch Break | Total Hours | Comments |
|---|---|---|---|---|---|
| 3/28 Sunday | | | | | |
| 3/29 Monday | 8:30 | 5:30 | | 8 | |
| 3/30 Tuesday | 8:30 | 5:30 | | 8 | |
| 3/31 Wednesday | 8:30 | 10:00 pm | | 12.5 | 4½ over |
| 4/1 Thursday | 8:30 | 9:30 pm | | 12 | 4 hrs. over |
| 4/2 Friday | 8:30 | 5:30 | | 8 | |
| 4/3 Saturday | | | | | |
| Total hours | | | | (48.5) | |

Name of Employee: WENZELL TAYLOR    40 Regular + 8.5 OT

Approved by: [signature]    Signature of Employee:

Please note that any time over 40 hours worked will be automatically granted as O/T

**TEAM BROADCAST SERVICES**
7600 Boston Blvd.
Springfield VA

Week Beginning 04/4/2004  Ending 04/10/2004

**Time off Only**

| | Hol | Sick | Vacation | Persnl | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | | | |
| Tuesday | | | | | |
| Wednesday | | | | | |
| Thursday | | 8 | | | |
| Friday | | 8 | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | 16 | | | |

**Hours Worked Only**

| Dates | Time in | Time out | Lunch Break | Total Hours | Comments |
|---|---|---|---|---|---|
| 4/4 Sunday | | Off | | | |
| 4/5 Monday | 9:30 | 6:30 | 1 | | |
| 4/6 Tuesday | 9:30 | 6:30 | 1 | | |
| 4/7 Wednesday | 9:30 | 6:30 | 1 | | |
| 4/8 Thursday | Sick | | | | |
| 4/9 Friday | Sick | | | | |
| 4/10 Saturday | | Off | | | |
| Total hours | | | | 24 | |

Name of Employee: Wozell Taylor

Approved by: Mary Ballman

Signature of Employee: _____

Please note that any time over 40 hours worked will be automatically granted as O/T

**TEAM BROADCAST SERVICES**
7600 Boston Blvd.
Springfield VA

Week Beginning 04/11/2004   Ending 04/17/2004

**Time off Only**

| | Hol | Sick | Vacation | Persnl | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | | | |
| Tuesday | | | | | |
| Wednesday | | | | | |
| Thursday | | | | | |
| Friday | | | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | | | | |

**Hours Worked Only**

| Dates | | Time in | Time out | Lunch Break | Total Hours | Comments |
|---|---|---|---|---|---|---|
| 4/11 | Sunday | | | | | |
| 4/12 | Monday | 9:30 | 6:30 | | 8 | |
| 4/13 | Tuesday | 9:30 Am | 9:30 | | 11 | 3 Hrs over |
| 4/14 | Wednesday | 9:30 | 6:30 | | 8 | |
| 4/15 | Thursday | 9:30 | 10:pm | | 11.5 | 3½ over |
| 4/16 | Friday | 9:30 | 6:30 | | 8 | |
| 4/17 | Saturday | | | | | |
| Total hours | | | | | 46.5 | |

Name of Employee: Wenzell Taylor    40 Regular + 6.5 OT    Signature of Employee:

Approved by:

Please note that any time over 40 hours worked will be automatically granted as O/T

TEAM BROADCAST SERVICES
7600 Boston Blvd.
Springfield VA

Week Beginning 04/18/2004 Ending 04/24/2004

**Time off Only**

| | Hol | Sick | Vacation | Persnl | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | 9 | | |
| Tuesday | | | | | |
| Wednesday | | | | | ENTERED |
| Thursday | | | 8 | | |
| Friday | | | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | | 27 | | |

**Hours Worked Only**

| Dates | Time in | Time out | Lunch Break | Total Hours | Comments |
|---|---|---|---|---|---|
| 4/18 Sunday | | | | | |
| 4/19 Monday | OFF | | | | |
| 4/20 Tuesday | 9:30 | 6:30 | | 8 | Personal/Vacation Lonus |
| 4/21 Wednesday | 9:30 | 6:30 | | 8 | |
| 4/22 Thursday | | | | | |
| 4/23 Friday | | | | | |
| 4/24 Saturday | | | | | |
| Total hours | | | | 16 | |

Name of Employee: Wenzell Taylor

Approved by: [signature]

Signature of Employee: [signature]

Please note that any time over 40 hours worked will be automatically granted as O/T

Team Broadcast Services

Payroll Hours
Period 04/25 - 05/08/2004

| | Reg Hours | O.T. Hours | | | | Missed Meals | Vac Hours | Sick Hours | Personal Hours | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | I.T. | Current | Backfill | News | Eng | | | | |
| Norris, James F | 80.00 | | 3.00 | | 4.00 | | | | | 87.00 |
| Osman, Sali | 70.00 | 7.50 | | | | | | | 10.00 | | 87.50 |
| Pryor, Edward | 69.00 | | | | | | | 6.00 | 8.00 | | 83.00 |
| Ramon JR, Fausto | 80.00 | | 7.00 | | 5.00 | | | | | | 92.00 |
| Ridenhour, David J. | 80.00 | 2.50 | | | | | | | | | 82.50 |
| Schultz, Ronald | 80.00 | | 2.50 | | | | | | | | 82.50 |
| Sharief, Islam | 80.00 | | | | 1.00 | | | | | | 81.00 |
| Silverman, Kip | 80.00 | | | | | | | | | | 80.00 |
| Skaife, Paul A | 80.00 | | | | | | | | | | 80.00 |
| Spivey, Michael | 80.00 | | | | 1.00 | | | | | | 81.00 |
| Still, Samuel | 80.00 | | | 19.00 | 2.00 | | | | | | 101.00 |
| Sweet, Mark | 80.00 | 16.25 | | | 24.25 | | | | | | 120.50 |
| Taylor, Wenzell | 80.00 | | | | | | | | 24.00 | | 80.00 |
| Thomas, Kenneth | 80.00 | | | 23.00 | | | | | | | 103.00 |
| Venuto, Anthony J. | 80.00 | | | 40.50 | | | | | | | 120.50 |
| Washington Jr., Frank D. | 78.00 | | | 4.00 | | | | 2.00 | | | 84.00 |
| White, Darrin | 80.00 | | | | | | | | | | 80.00 |
| Zosso, Elizabeth N | 75.25 | | 4.75 | | | | | | 4.75 | | 84.75 |
| | | | | | | | | | | | |
| | 5,546.25 | 81.75 | 60.25 | 196.00 | 166.00 | - | 15.00 | 115.50 | 127.25 | 8.00 | 6,316.00 |
| Adjustment | | | | | | | | | | | |

TEAM BROADCAST SERVICES

Name Of Employee: Wenzell Taylor
Signature Of Employee: W. Taylor
Week Beginning: 5-15-04
Ending: 5-22-04

### Time off Only

| | Hol | Sick | Vacation | Personal | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | | | |
| Tuesday | | | | | |
| Wednesday | | | | ✓ | |
| Thursday | | | | ✓ | |
| Friday | | | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | | | | |

### Hours Worked Only

| Dates | Day of Week | Time In | Time Out | Lunch Break | Total Regular Hrs | Total Hours Over 8 Per Day | Hrs Over 8 for News or Curr Affairs? | Comments |
|---|---|---|---|---|---|---|---|---|
| 5-15 | Sunday | | | | | | | |
| 5-16 | Monday | 9:30 | | | 8 | | | |
| 5-17 | Tuesday | 9:30 | | | 8 | | | |
| 5-18 | Wednesday | 9:30 | | | 8 | | | 5 hrs Personal/43 Hrs wop |
| 5-19 | Thursday | off | | | | | | |
| 5-20 | Friday | 9:30 | | | 8 | | | |
| | Saturday | | | | | | | |
| | | | | Subtotal Hrs | 32 | | | |

NOTE: Overtime will be granted ONLY after 40 hours worked in a week.

TEAM BROADCAST SERVICES

Name Of Employee: Wenzell Taylor
Signature Of Employee: Wenzell Taylor
Week Beginning: 5/16/2004
Ending: 5/22/2004

**Time off Only**

| | Hol | Sick | Vacation | Personal | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | | | |
| Tuesday | | | | | |
| Wednesday | | X | | | |
| Thursday | | | | | |
| Friday | | | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | | | | |

**Hours Worked Only**

| Dates | Day of Week | Time In | Time Out | Lunch Break | Total Regular Hrs | Total Hours Over 8 Per Day | Hrs Over 8 for News or Curr Affairs? | Comments |
|---|---|---|---|---|---|---|---|---|
| 5/16 | Sunday | | | | | | | |
| 5/17 | Monday | 9:30 | | 1 | 8 | | | |
| 5/18 | Tuesday | 9:30 | | 1 | 8 | | | |
| 5/19 | Wednesday | LEAVE | | | | | | Sick Leave |
| 5/20 | Thursday | 9:30 | | 1 | 8 | | | |
| 5/21 | Friday | 9:30 | | 1 | 8 | | | |
| 5/22 | Saturday | | | | | | | |
| | | | | Subtotal Hrs | | | | |

NOTE: Overtime will be granted ONLY after 40 hours worked in a week.

**TEAM BROADCAST SERVICES**

Name Of Employee: Wenzell Taylor
Signature Of Employee: W. Taylor
Week Beginning: 5/23/2004
Ending: 5/29/2004

**Time off Only**

| | Hol | Sick | Vacation | Personal | Comments |
|---|---|---|---|---|---|
| Sunday | | | | | |
| Monday | | | | | |
| Tuesday | | | | | |
| Wednesday | | | | | |
| Thursday | | | | | |
| Friday | | | | | |
| Saturday | | | | | |
| Total Hrs Per Column | | | | | |

**Hours Worked Only**

| Dates | Day of Week | Time In | Time Out | Lunch Break | Total Regular Hrs | Total Hours Over Regular Day | Hrs Over Reg. News or Curr Affairs? | Comments |
|---|---|---|---|---|---|---|---|---|
| 5/23 | Sunday | | | | | | | |
| 5/24 | Monday | 9:30 | | | 8 | | | |
| 5/25 | Tuesday | 9:30 | | | 8 | | | |
| 5/26 | Wednesday | 9:00 | 6PM | | 8 | | | |
| 5/27 | Thursday | woP | | | 8 | | | |
| 5/28 | Friday | | | | 8 | | | |
| 5/29 | Saturday | | | | | | | |
| | | | | Subtotal Hrs | 40 | | | |

For Office Use Only:
Approved by: [signature]
Reg Hrs: 40  NW/OT Hrs: ___  CA OT Hrs: ___

DO NOT PAY - All vacation & sick (30hrs) time paid during (48hrs) employment.

NOTE: Overtime will be granted ONLY after 40 hours worked in a week.