**Tracee Thompson**

**From:** Michael Marcus [mmarcus@alhurra.com]
**Sent:** Friday, May 07, 2004 11:06 AM
**To:** Brad Simons
**Cc:** Tracee Thompson; Sue Lee
**Subject:** Wink

I spoke to Wink this morning when he came in. He brought in a doctor's note stating that he suffers from Sleep Apnea disorder. He will be going in for some sleep studies and treatment. He says he feels much better after time off. He said part of the reason for his sleeping on the job was exhaustion.

Tracee said it was okay for him to be back at work. We will schedule him in intake and monitor him. If there are any issues we can reevaluate.

**Michael Marcus**
Master Control/Studio Operations Manager
Team Broadcast Services
(703) 852-9333

7/22/2004

EXHIBIT 3