# Tracee Thompson

**From:** Michael Marcus [mmarcus@alhurra.com]
**Sent:** Friday, May 28, 2004 9:35 AM
**To:** Tracee Thompson; Sue Lee
**Cc:** Brad Simons
**Subject:** Wink

**From Vernon's shift report:**

**NOTE:** I spoke with Tracy today and want to note that Wink was sleeping on May 19, and 20th for brief moments during his shift. He woke up on his own. I overheard him saying that people say he is sleeping, but he says he just had his eyes closed. Well I could hear heavy breathing to go along with the closed eyes. Like I told Tracy when he sits in the ingest station he is pretty much working non-stop but when he is on the tape side, he's turning away so I can't really tell if his eyes are closed or not.

**Michael Marcus**
Master Control/Studio Operations Manager
Team Broadcast Services
(703) 852-9333

7/22/2004



EXHIBIT 4