May 28, 2004

To: Brad Simons
From: Michael Marcus
Re: Wenzel Taylor's Termination
_____

On May 28, 2004 it was determined by Brad Simons, Brenda Elkins and me that it was necessary to terminate Wenzell Taylor's employment with Team Broadcast Services. Brenda and I met with Wenzell.

I told Wenzell that we decided to let him go today. I told him that he is not working out. He said okay. I asked him if the had anything to pick up before leaving and he said no. I did tell him that I did appreciate his time here. He asked if he could get a letter in writing. Brenda said that she would talk to Brad and that we could do that. (After speaking with Tracee, she said that Team does not give written termination notice.) Wenzell gave me his security badge and I walked him to the door.

I emailed Security a note saying that Wenzell no longer works for Team and emailed MSD to remove him from the system.

