**Defendant Team Broadcast, LLC - Motion for Summary Judgment**

## Exhibit C – Taylor Deposition Exhibits

**Civil Action No. 05-2169 (RCL)**



December 10, 2003

Mr. Wenzell Taylor
2306 Ainger Place, S.E.
Washington, DC 20020

Dear Wenzell:

We are pleased to extend an offer to join Team Broadcast Systems, LLC (Team) in the full-time, non-exempt position of Master Control Technician. Your start date will be Monday, December 15, 2003.  Your compensation for this position is $21.63 per hour which is equivalent to an annual salary of $45,000.00.

Your employment is contingent upon execution of the company's Employment Agreement and proof of eligibility to legally work in the Unites States.

In your new position as a Master Control Technician, you will primarily report to Michael Marcus, Studio/ Master Control Operations Manager. In general, your duties and responsibilities shall include, but not be limited to the attached job description.  Team may change your duties and responsibilities from time to time based upon the needs of the company and at the sole discretion of Team.

As a Full-time Team employee, you are eligible for employee benefits including medical, dental and life insurance, two weeks paid vacation and participation in our 401(k) plan with a $2000.00 annual match.  Employee benefits are subject to change from time to time at the sole discretion of Team.  The current benefits package will be explained to you shortly after execution of this agreement.

Employment at Team is "at-will" which means that either you or Team may terminate the employment relationship at any time for any reason not prohibited by law with or without prior notice.  This "at-will" relationship may only be changed by means of a written agreement which is signed by both you and an owner of Team.

If you agree to accept this offer of employment, please sign the enclosed copy of this letter where indicated and return it to Sue Lee.

We hope that your employment with Team Broadcast Systems, LLC will prove to be beneficial for both you and the company, and we look forward to having you aboard.  If you have any questions, please feel free to call me.

Very truly yours,

_Brad Simons_ (signature)
Brad Simons
General Manager, Team Broadcast Systems, LLC

_Sue Lee_ (signature)
Sue Lee
Human Resources Manager

Accepted by:

WENZELL TAYLOR          _Wenzell Taylor_          12-13-2003
Print Name                    Signature                    Date

EXHIBIT
Taylor #6
10/12/06

TEAM000052

Suite C-100
4455 Connecticut Avenue NW
Washington, DC 20008

Tel: 202 363 1000
Fax: 202 454 0662

www.teamgroup.tv

A Division of AEG, Inc.

# Asgard Entertainment Group, Inc.
# Team Video Productions, L.L.C.
# Employee Manual
# 2001



EXHIBIT
Taylor #7
10/12/06

TEAM000002

# TABLE OF CONTENTS

**An Overview of Asgard Entertainment Group, Inc.**
Purpose of This Manual................................................................ 2
Team Video's History................................................................... 3

**Employment With Team Video; Employment Classifications**
Full-time Employees.................................................................... 6
Non-Exempt and Exempt Employees................................................. 6
Personnel Administration.............................................................. 6

**Employment Policies**
At Will Employment...................................................................... 7
Equal Employment Opportunity...................................................... 7
Harassment................................................................................ 7
Sexual Harassment...................................................................... 7
Probationary Period..................................................................... 7
Customer Relations...................................................................... 8
Confidential Information................................................................ 8
Business Hours........................................................................... 8
Inclement Weather....................................................................... 8
Meal Period................................................................................ 9
Outside Employment.................................................................... 9
Anniversary Date........................................................................ 9
Driver's License & Driving Record.................................................. 9
Long-term Absences.................................................................... 9

**We Need Your Ideas**
Newsletter................................................................................. 10

**Standards of Conduct**................................................................ 11

**Procedure for Discipline**............................................................ 13

**Compensation & Performance While Working**
**For Team Video**

Wage & Salary Policies................................................................. 14
Basis for Determining Pay............................................................. 14
Individual Pay............................................................................. 14
Pay Period & Hours...................................................................... 14
Pay Cycle.................................................................................. 14
Time Sheets............................................................................... 14
Deductions (Other)/Direct Deposit.................................................. 15
Error in Pay............................................................................... 15

TEAM000003

Overtime Pay........................................................15
Work Performed on Company Holidays...................15
Travel Time..........................................................15
Business Expenses................................................15
Resignation..........................................................16
Termination..........................................................16

**Expense Reimbursement Policies**
Travel Expense Policies.........................................17
Per Diem..............................................................17
Tipping and Excess Baggage..................................18
Mileage Allowance...............................................18
Hotel Charges......................................................18

**Benefits Team Video Offers**
The Benefits Package............................................19
Eligibility for Benefits...........................................19

**Paid Leaves of Absence**
Holidays...............................................................20
Recognized Holidays............................................20
Holiday Policies...................................................20
Vacations.............................................................20
Amount of Vacation.............................................21
Vacation Policies.................................................21
No Accumulation or Carryover of Vacation.............21
Payment in Lieu of Vacation.................................21

**Other Paid Leaves**
Funeral (Bereavement) Leave................................22
Jury Duty.............................................................22
Sick Leave...........................................................22

**Unpaid Leaves, Family and Medical Leave**...............24
Parental Leave.....................................................26
Military Leave......................................................26
Leave Without Pay...............................................27

**Insurance Coverage**
Health Insurance..................................................28

**Other Benefits**
401k Savings Plan................................................29

TEAM000004

**Other Policies of Team**

Computer Software (Unauthorized Copying)............................30
Professional Image.................................................30
Conflict of Interest...............................................30
Safety and Security Policy.........................................31
Lifting of Heavy Equipment Policy..................................31
Managers...........................................................31
Parking Lot........................................................32
Personal Phone Calls...............................................32
Personal Use of Company Property...................................32
Promotion Policy...................................................32
Transfers Between Companies........................................33
Property & Equipment Care..........................................33
Smoking............................................................34
No Solicitation/No Distribution....................................34
Network Safety Regulation..........................................34
Drug-Free Workplace................................................34
Use of Company Vehicle.............................................35
Visitors...........................................................35
Exit Interviews....................................................36

TEAM000005

# AN OVERVIEW OF ASGARD ENTERTAINMENT GROUP, INC.

## Purpose of This Manual

We're very happy to welcome you to Asgard Entertainment Group, Inc. This manual is for employees of Asgard Entertainment Group, Inc., (doing business as Team Video International) and Team Video Productions, LLC. The name Team Video used throughout this manual refers to employees of either company.

This Manual has been prepared to inform you about Team Video's history, philosophy, employment practices, policies and people as well as the benefits provided to you as a valued employee. Accordingly, you should read this manual and keep it as a useful reference tool for the future.

We depend on you — your success is our success. Please do not hesitate to ask questions. Your manager will gladly answer them. We believe you will enjoy your work and your fellow employees here. We also believe you will find Team Video an exciting and rewarding place to work.

TEAM000006

# Team Video's History

In the summer of 1992, Bob Kanner, Brian Frydenlund and Mike Thomas were all working for a company called Professional Video Services Corporation ("PVS"). They met in a bar after work one evening to discuss their future in television and ownership problems that were impacting PVS and its employees. After a couple of beers each expressed an interest in starting their own business and trying to build a unique company based on outstanding people working together to service the television industry. After a couple more meetings and the recruitment of one additional person, Lyndsay Bowie, Team Video Inc. was born. The Team Video Mission Statement defined by the original owners is:

**"Team Video is a full-service video production company committed to our customer. We will strive to accomplish this by being profitable, non-traditional and creative and by allowing individuals to pursue their dreams."**

The founders wanted to create a work environment where they and hopefully future employees would be able to pursue their individual dreams. They felt that the television industry is first and foremost a people business and that talented people doing work they enjoyed would provide outstanding service to any customer. One of Bob's early dreams was to have edit rooms with windows. Even today we try and provide windows in all edit rooms. They also wanted to explore ways of operating that were non-traditional. Our lack of a sales staff and flat rate hourly pricing for access to all the equipment in an edit room are two examples of "doing it differently." Finally, they wanted to ensure that we always try and have fun.

Our first client was Denise Austin. We provided her with a two-camera field production package with staff to shoot her 65 exercises shows then airing on ESPN. Bob had been editing her show at another facility in town as a freelancer and was instrumental in convincing her to utilize the services of this new company. The problem was we had no crews, no facility and no resources to provide her. Mike, Brian and Lyndsay worked on renting gear and finding a crew to shoot her shows. Bob called an old friend, Arna Vodenos, and inquired as to the availability of her edit suite housed in a small Georgetown townhouse on 29th Street. As luck had it the townhouse was vacant and the edit room was not being utilized. Team had a home! The edit room and equipment were on the 2nd floor, the operations area and conference room (desk, bulletin board, couch and one chair) were on the main floor, with storage and a kitchen in the basement. We worked our way through shooting and editing those 65 shows. It was a lean first 24 months as we tried to convince anyone we knew to come to our little townhouse on 29th Street and utilize our services. Our original sign from the townhouse still hangs on our wall of fame.

TEAM000007

In the fall of 1993 three old friends Larry D'Anna, Larry Tyler and Jim Warner started an engineering company called LTD and Associates. Larry and Larry were owners of PVS who sold their ownership interest and decided to start a new company along with Jim Warner who had been their Engineering Manager at PVS. They had been assisting Team with maintenance and engineering projects and Brian had been assisting them in establishing their company. They moved into space at 1038 29th Street. This was about a half a block away from Team.

We all spent the next few months going back and forth to visit and work together. One evening after a few beers and/or a gin and tonic or two (we make all our monumental decisions this way) the group decided that it made much more sense to combine the two companies into one new entity. About the same time Sue Irvin, who had been handling the accounting services for both companies, and Page McCarty, a great Director of Photography that we all knew from PVS, joined the group. We merged the companies in June 1994 and changed the legal name to Asgard Entertainment Group, Inc. We continued to do business using the trade name "Team Video International." We did lose two of the original founders about this same time. Mike Thomas was hired away by Turner Network Television after he provided outstanding service on a Larry King Live Special we were hired to coordinate and Lyndsay decided to pursue her interest in antiques and spend more time with her family.

During 1994 Bob was freelancing at WJLA Channel 7 to help support his family (money was tight!). One night while editing "Working Woman" at Channel 7 he was approached by Ernie Crow to develop a business relationship with Team to house a new Avid Ernie was purchasing. Ernie felt that technology was rapidly changing the post production landscape and he wanted to better understand the non-linear technology. Our second edit room was born shortly thereafter. The new Avid offline system was installed in the basement of the townhouse and we entered into a contract with America's Most Wanted to offline many of the show's reenactment segments. We soon became experts on the state of crime in the US.

In 1995 we decided to take the plunge and purchase the first commercially available digital betacam edit suite in the DC area. After sweet talking Sony into lending us the money, the gear arrived and Larry, Larry and Jimmy worked their magic to get the equipment installed in a short period of time. Our first project was an open for another Larry King Live special and the quality blew everyone's mind. The ability to layer up to 50 layers of video without a loss of quality allowed for some spectacular effects. Business grew and Ernie started coming over to Team at night to run a second shift on the equipment.

In the fall of 1995 it became evident that our townhouse space was too small. We also wanted to move all parts of our business under one roof. In January, 1996 we took possession of Suites 101 and 102 in the Papermill. Again, the Engineers were masterful in getting the space built out and ready to go in less than a month. A second digital betacam edit room was added and Ernie joined the group full-time.

TEAM000008

In 1998 Mike Peters, the best jib man in the country, and an excellent Director of Photography joined the group. Mike had been running his own successful business (MVP Videography) since the early 90's. The current nine partners were now in place.

In 1997 we bid on and won a contract to provide technical services to CNN's Washington Bureau. We created Team Video Services, L.L.C. to manage this contract. A strong management team led by Larry D'Anna was put into place and we commenced work with 85 union technicians on October 31, 1997.

In spring of 1998 BBC America notified us that they had selected Team to help provide post production and quality control support for their network. Once again we had to "gear up" for an increase in business. Staff was hired and equipment added to meet this new challenge. We soon found our small little business employing over 130 people.

About this same time we created Team Video Productions, L.L.C. to pursue our prime objective of developing and producing our own programming. David Taylor, a senior producer with over twenty years of experience, joined the group in September, 1999 to develop this entity.

We are currently designing and building out our new office space at 4455 Connecticut Ave., N.W. We hope this new space and facility will provide the base to support our dreams and goals for many years to come.

We have been extremely blessed to have many outstanding people join the group. Our growth in equipment and people has been incredible, all due to the hard work and dedication of everyone involved with Team Video! We look forward to continuing to grow and have fun in the future.

The adventure continues...

TEAM000009

# EMPLOYMENT WITH TEAM VIDEO

## Employment Classifications

**Full-Time Employees**

At the time you are hired, you are classified as either a full-time, part-time or temporary employee and are also told whether you qualify for overtime pay. Unless otherwise specified, the benefits described in this Manual apply only to full-time employees. All other policies described in this Manual and communicated by Team Video apply to all non-exempt employees (see the definitions that follow) employees. If you are unsure of which job classification your position fits into, please ask your manager.

**Non-Exempt and Exempt Employees**

At the time you are hired, all employees are classified as either "exempt" or "non-exempt." This is necessary because, by law, employees in certain types of jobs are entitled to overtime pay. Employees receiving overtime pay are referred to as "non-exempt" in this Manual. Exempt employees are not paid overtime.

# Personnel Administration

The task of handling personnel records and related personnel administration functions at Team Video has been assigned to the Finance Department. Questions regarding insurance, wages, and interpretation of policies may be directed to the department.

**Your Personnel File**

Keeping your personnel file up-to-date can be important to you with regard to pay, deductions, benefits and other matters. If you have a change in any of the following items, please be sure to notify the Finance Department as soon as possible:

1. Legal name
2. Home address
3. Home telephone number
4. Person to call in case of emergency
5. Number of dependents
6. Change of beneficiary
7. Driving record or status of driver's license, if you operate any Team Video vehicles
8. Exemptions on your W-4 tax form and related state withholding forms
9. INS Form I-9

Coverage or benefits that you and your family may receive under Team Video's benefits package could be negatively affected if the information in your personnel file is incorrect.

At the end of the Probationary Period, your manager will discuss your job performance with you. During the course of the discussion, you are encouraged to give your comments and ideas as well. During the Probationary Period, like at any time during your employment with Team Video, you are free to leave and the Company is free to terminate your employment for any or no reason, with or without notice.

## Customer Relations

The success of Team Video depends upon the quality of the relationships between Team Video, our employees, and our customers. Our customers' impression of Team Video and their interest and willingness to utilize our services is greatly formed by the people who serve them. In a sense, regardless of your position, the more goodwill you promote, the more our customers will respect and appreciate you and Team Video.

## Confidential Information

Our customers entrust Team Video with important information relating to their business. The nature of this relationship requires maintenance of confidentiality. In safeguarding the information received, Team Video earns the respect and further trust of our customers.

Any violation of confidentiality seriously injures Team Video's reputation and effectiveness. Therefore, please do not discuss Team Video's business with anyone who does not work for us, and never discuss business transactions with anyone who does not have a direct association with the transaction. If you are questioned by someone outside the Company and you are concerned about the appropriateness of giving them certain information, remember that you are not required to answer, and that we do not wish you to do so. Instead, as politely as possible, refer the request to your manager or to the President.

Because of its seriousness, violation of this policy could lead to discipline, up to and including immediate termination.

## Business Hours

Our business office operating hours are 8:00 AM to 7:00 PM, Monday through Friday. Your particular hours of work and the scheduling of your lunch period will be determined and assigned by your manager. Employees are assigned to work a forty (40) hour workweek.

## Inclement Weather

Due to the nature of its business and the needs of its customers, Team Video does not close due to inclement weather. In the event of inclement weather, employees are asked to use their judgement to determine if they can safely report to work. We understand that travel conditions may make it impossible for some to safely report to work. Because of

TEAM000012

this we offer liberal leave during those times. Employees unable to report to work may use a vacation day in those situations. Key employees deemed necessary to keep the office staffed and operating may be over-nighted at local hotels to ensure their availability during the period of inclement weather, at the company's expense. In the event of anticipated inclement weather, check with your manager as to your status. If you are unable to travel to work and are taking leave, we request that you call and leave a message.

## Meal Period

Our goal is to provide each employee with a one (1) hour meal period daily. In the unlikely event of an emergency or unusual condition, your manager may ask you to change or postpone your break in order to finish a particular project.

## Outside Employment

During the period of employment, Employee shall not engage in any other business activity, directly or indirectly, regardless of whether it is for profit, gain or otherwise that is similar to the business activity of Team Video. Employees shall not freelance as a television writer, producer, associate producer, editor, camera person, production assistant or provide any other television related services to any other third party for profit, gain or otherwise without the written permission of Team Video.

## Anniversary Date

The first day you report to work is your "official" anniversary date. Your anniversary date is used to compute various conditions and benefits described in this Manual.

## Driver's License & Driving Record

Employees whose work requires operation of a motor vehicle must present and maintain a valid driver's license and a driving record acceptable to our insurer. Any changes in your driving record, including any moving violations, accidents or other traffic-related offenses (such as driving under the influence of alcohol) must be reported to your manager and the Finance Department immediately. Failure to do so may result in disciplinary action, including discharge.

## Long-Term Absences

In the event an employee is unable to report for work and perform their job due to either a workmen's compensation claim, long-term disability or scheduled unpaid leave of absence, Team Video reserves the right to terminate the employment of such employee after an absence of one year from the anniversary date of their departure. If the employee is terminated they will have the option of maintaining their health insurance through Cobra under federal guidelines. If an employee is later deemed medically cleared to return to work, they are welcomed to re-apply for re-hiring based on availability at the time of their recovery.

TEAM000013

# We Need Your Ideas

Your input is the fuel for Team Video's engine; the greater the input, the greater the output. If you think of a better way of doing your job or the job of a fellow employee, feel free to discuss it with your manager who will welcome your suggestions and ideas. We encourage all employees to bring forward their suggestions and good ideas about how our Company can be made a better place to work and our service to customers enhanced. In addition, your input and involvement in improving our business will be important factors in your annual review.

## Newsletter

Our monthly newsletter is one of the ways we keep everyone informed about new policies, changes in procedures and special events. Information of general interest that is of immediate nature is distributed via e-mail or memos. Please form the habit of checking your e-mail regularly so that you will be familiar with the information posted on it. If you have any news, or announcements that are of interest to the group, feel free to include them in our newsletter, which is for internal circulation only.

TEAM000014

# Standards of Conduct

Whenever people gather together to achieve common goals, some rules of conduct are needed to help everyone work together efficiently, effectively, and harmoniously. By accepting employment with us, you have a responsibility to Team Video and to your fellow employees to adhere to certain rules of behavior and conduct. The purpose of these rules is to be certain that you understand the type of conduct that is expected and necessary.

The performance standards mentioned below, and others which may be established from time-to- time, are not all-inclusive. Rather, they are listed to provide a general understanding of what Team Video considers to be unacceptable conduct. The following are merely examples of the types of misconduct for which employees may be disciplined or terminated. Unacceptable conduct not specifically listed below may, nonetheless, result in disciplinary action up to and including immediate discharge. If an employee needs clarification of a specific issue raised by these standards he or she should seek clarification from his or her manager.

Violations of any of the following performance standards may result in disciplinary action up to and including immediate discharge:

- Repeated and/or unexcused tardiness or absence;
- Failure to give proper notice when unable to report for or continue to work as scheduled;
- Abuse of sick leave privileges;
- Engaging in unauthorized personal business during working hours;
- Unauthorized possession, use, consumption, transfer or sale of intoxicants, controlled substances, alcoholic beverages, or illegal drugs on Company or customer's premises or otherwise while representing Team Video, or reporting to work while under the influence of intoxicants, controlled substances, alcoholic beverages, or illegal drugs;
- Possession or concealment of a weapon(s) on Company/Customer premises;
- Falsification of any records or information including but not limited to employment application, Company documents or time sheets;
- Abuse, neglect, misuse, or theft of Company/Customer property, equipment, materials or supplies;
- Unauthorized use of Company/Customer property and equipment including cameras, lights, audio gear, recording equipment, computers, edit rooms, tape machines, telephones, and vehicles;
- Insubordination, failure or refusal to carry out one's job assignments or to obey an oral or written order from management.
- Breaches of confidentiality;
- Making maliciously false statements or filing maliciously false or nuisance claims concerning employees, Team Video, or Customer(s);
- Fighting, abuse or destruction of property on Company/Customer premises or Company time;

TEAM000015

- Failure to perform duties and responsibilities of the position in a timely manner;
- Neglecting job duties and responsibilities;
- Dishonesty;
- Theft;
- Being uncooperative with managers, employees, customers or vendors or otherwise engaging in conduct that does not support Team Video's goals and objectives;
- Engaging in unlawful or improper conduct that affects the employee's relationship with his or her job, fellow employees, managers or Team Video's reputation or goodwill in the community;
- Engaging in any conduct that violates Team Video discrimination or harassment policies;
- Failure to conform to professional image standards;
- Failure to maintain and uphold consistent technical quality or performance requirements;
- Violating a safety rule or practice; or
- Violation of any other Company rule, regulation, policy, procedure or practice.

TEAM000016

# Procedure for Discipline

The Discipline Policy applies to all full-time, part-time and temporary employees who have completed the introductory period. The policy applies to all employees.

This policy pertains to matters of conduct as well as the employee's competence. When a performance problem or Standard of Conduct issue does arise, your manager will attempt to coach and counsel you in mutually developing an effective solution. If, however, you fail to respond to coaching or counseling, or an incident occurs requiring formal discipline, the following procedures will typically occur.

We follow a progressive discipline process for most disciplinary issues. The first step is a discussion of the situation by the parties involved (usually the employee and manager). This discussion should include a review of the problem and plans to correct it.

If the problem persists, a second meeting will be held and a written warning will be given. The written warning will remind the employee of the problem and clearly address what must happen to correct it.

Any reoccurrence of the problem after the written working has been given can lead to the immediate discharge of the employee.

Team Video reserves the right to immediately discharge any employee based on the magnitude and nature of the problem.

Our goal is to maintain a comfortable, fun and enjoyable working environment for everybody. If you should ever face a problem, or have any concerns that are of work-related nature, please feel free to communicate these issues to your immediate manager or the President, who will offer suggestions and/or counseling.

TEAM000017

# COMPENSATION & PERFORMANCE
# WHILE WORKING FOR TEAM VIDEO

**Wage & Salary Policies**

It is Team Video's desire to pay wages and salaries that are motivational, fair and equitable, consider individual and company performance and are in compliance with all applicable statutory requirements.

**Basis for Determining Pay**

Your pay is primarily influenced by three factors:

1.   The nature and scope of your job
2.   Customer feedback
3.   Individual performance and initiative

**Individual Pay**

An individual's pay will depend on his or her sustained performance over time. Team Video strives to provide every employee with a timely annual performance review with his manager.   During that review, significant performance events that occurred throughout the year as well as any previously defined goals, will be discussed. The overall performance rating will influence the wage/salary adjustment.  You have significant impact on your pay increase through individual performance and by increasing job responsibilities and skills.

**Pay Period & Hours**

A regular work week is defined as consisting of five (5) eight hour days, for a total of forty (40) hours.  Your work week will be set by your manager based on business and customer needs, and may vary from the standard regular work week.

**Pay Cycle**

Payday is normally on every other Friday afternoon for services performed for the two (2) week period ending the previous Saturday at 12:00 midnight.

Changes will be made and announced in advance whenever Team Video holidays or closings interfere with the normal payday.

**Time Sheets**

Your time sheet is the only way your manager knows how many hours you worked and how much to pay you.  The time sheets are collected and given to the Finance Department every two weeks (at the end of each pay period).  You are responsible for filling out the amount of hours you worked, including overtime, vacation time, sick leave

TEAM000018

and delivering the sheet to your manager who after approving your time sheet will
forward them to the department for processing.

## Deductions (Other)/Direct Deposit

It may be possible for you to authorize Team Video to deposit your paycheck directly
into your savings and/or checking account at a participating bank. Contact the Finance
Department for details and the necessary authorization forms.

## Error In Pay

Every effort is made to avoid errors in your paycheck. If you believe an error has been
made, inform the Finance Department immediately. They will take the necessary steps to
research the problem and to assure that any necessary correction is made properly and
promptly.

## Overtime Pay

From time to time, it may be necessary for you to work to complete your job
responsibilities. If you are a non-exempt employee you will be paid overtime for all
hours actually worked in excess of 40 hours per week at a rate of one and a-half times
your "regular hourly rate". Paid sick, vacation, holiday and any other paid leave hours do
not count toward the 40 hour level. For the purposes of overtime, each workweek stands
alone.

All overtime must be approved in advance by your manager. No approval is necessary if
you are working directly for a client on a billable job.

## Work Performed on Company Holidays

Full-time employees who work on a Company holiday will be paid their rate for hours
worked on the holiday in addition to the holiday pay for the day. Alternatively, the
employee may elect to receive only their rate for hours worked on the holiday and take
another day off at a later time.

## Travel Time

Travel time by an Employee when traveling on assignment from his/her home, office,
hotel/motel and return may be considered work time. Please discuss travel time with
your manager prior to your travel.

## Business Expenses

To be reimbursed for all authorized expenses, you must submit an expense
report/voucher accompanied by receipts and approved by your manager. Please submit
your expense report/voucher each week, as you incur authorized reimbursable expenses.
All expenses submitted to be reimbursed must be for the benefit of the Company, be

TEAM000019

supported by proper receipts, be submitted within a timely basis (within 30 days of incurring the expense). Any out of the ordinary expense, including any expense not discussed in this Manual, requires your manager's authorization prior to incurring the expense or being reimbursed for it. See also Expense Reimbursement Policy on page 17.

## Resignation

While we hope both you and Team Video will mutually benefit from your continued employment, if you anticipate having to resign your position with Team Video, we hope you would notify your manager at least two (2) weeks in advance of the date that you intend to leave.

## Termination

Team Video hopes that you will give at least two weeks notice in the event you intend to leave our employ. Any accrued but unused vacation time will be paid at the time of employment termination, as specified under "Vacations" in the "Benefits" section of this Manual.

In the event that Team Video must terminate your employment, we will attempt to provide as much advance notice as possible under the circumstances. Team Video retains the right to terminate your employment at any time, with or without notice.

TEAM000020

# Expense Reimbursement Policies

**Travel Expense Policies**

Each employee is responsible for obtaining travel advances. Requests for travel advances should be forwarded to the Finance Department for handling. Field Production employees are provided a travel advance to be used for tolls, fuel, parking and tips. When requesting a replenishment of the advance, please submit your report backed up with receipts as available. All reports must be signed and filled out completely. They should be approved by your manager.

When traveling please note that loss of personal items are the employee's responsibility. Upon your return please submit your travel expense report within 10 business days of your return. All reports must be signed and filled out completely. All reported expenses must be backed up by valid receipts which must be included with the report. Failure to turn in an expense report on a timely basis without a justifiable explanation may result in a deduction of the advance amount from your paycheck.

Per Diem, Tolls, Fuel, Parking and Tips (with detailed explanations) are considered ordinary business expenses and require no prior approval. Upon termination of employment, the travel advance must be returned. If other arrangements have not been made, it will be deducted from your final pay check.

**Per Diem**

The per diem rate for domestic travel is $50.00 ($10 Breakfast, $10 Lunch, $30 Dinner). You are eligible to receive the per diem if your travel requires that you stay overnight outside the Washington, D.C. area. The per diem for employee travel outside the United States is $50.00. Alternate per diems may be set by the customer. In the event the customer's authorized per diem rate is less than that of Team Video, the customer per diem will be used. All per diems should be in conjunction with a billable job and be billable to a customer. Any per diem paid and not directly billable to a customer requires prior approval by your manager.

Since the above per diem rates are above the rates set by the IRS, all per diem requests must be accompanied by an "Excess Per Diem Substantiation Form" (E.P.D.S.). Failure to complete the E.P.D.S. Form will result in the excess per diem being classified as income to the employee and subject to tax withholdings. The E.P.D.S. is only required for Domestic travel.

Per Diem is paid for a 24-hour period beginning when the Employee reports to work. If the crew departs after 10:00 am no breakfast component of the per diem is paid. If the crew departs after 1:00 pm only the dinner component of the per diem is paid.

TEAM000021

**Tipping and Excess Baggage**

Gratuities for handling heavy ENG gear will be limited up to $2.00 per piece. Please submit such expenses for reimbursement with a listing of location, number of pieces and tip amount. (i.e., 11/1/97 Skycap—National Airport 5 pieces of gear TIP $10.00) On long trips with many stops, please submit these details on a separate sheet and attach it to your expense report. Tipping for personal luggage will be limited to $1.00 per piece. Please break down the luggage tips and list them separately from equipment handling gratuities. When traveling, the designated Director of Photography on the crew is responsible for the excess baggage fees and all equipment related tipping. Tipping for hotel maid service is considered a personal expense.

Tips for taxi drivers should be included on the taxi receipts and not submitted as a separate expense.

Any tipping and excess baggage expense should be directly billable to a customer. They should be included on any work order submitted for the job on which they were incurred.

**Mileage Allowance**

The mileage allowance is $.32 per IRS guidelines for 1997. This rate is subject to change based on a change in the IRS guideline and is paid when you are asked to conduct company business using your personal vehicle. Check with the Finance Department for the current rate in effect.

**Hotel Charges**

Each employee is responsible for settling hotel incidental charges at check-out. Incidental charges such as a phone call per day to family and work-related phone charges, crew vehicle parking and hotel dry cleaning charges for trips of long duration are reimbursable. In-house movies, mini bar charges and room service are personal expenses and not reimbursable. Team Video will reimburse staff for one 20 minute call per day while traveling, or follow the customer's policy if different.

TEAM000022

# BENEFITS TEAM VIDEO OFFERS

## The Benefits Package

In addition to receiving a competitive salary and having an equal opportunity for professional development and advancement, you may be eligible to enjoy other benefits provided by Team Video. We believe a good benefits program is a solid investment in Team Video and its employees. It not only rewards our current employees, it also helps to attract talented newcomers who can help Team Video grow.

The information outlined here is a guide to the Company's benefits and insurance plans. At the time you join the Company, and periodically thereafter, booklets, summary plan descriptions, and administrative guidelines are issued to you, which explain in detail Team Video's group plans and other benefits. The actual plan documents, which are available by making a request to the Finance Department, are the final authority on all matters relating to benefits described in this Manual or in the summary plan description and will govern in the event of any conflict. If you need additional information or further explanation of any of these plans or benefits, please ask the Finance Department.

## Eligibility for Benefits

If you are a full-time employee, you will enjoy all of the benefits described in this manual as soon as you meet the eligibility requirements for each particular benefit.

If you are a part-time employee, you may be eligible for certain benefits if you meet the eligibility requirements required for the benefit.

Temporary employees are not eligible for benefits.

TEAM000023

# Paid Leaves of Absence

**Holidays**

Full-time employees are eligible for holiday pay.  You are not eligible to receive holiday pay if you are a part-time employee or a temporary employee.

**Recognized Holidays**

The following holidays are recognized by Team Video as paid holidays:

New Year's Day
Memorial Day
Fourth of July
Labor Day
Thanksgiving Day
Day After Thanksgiving Day
Christmas Day
Floating Holiday (Day of employee's choice)

**Holiday Policies**

The Company will generally give a day off with pay for each holiday.  If business demands require that you work on a holiday, you will receive pay at your regular rate for each hour worked in addition to holiday pay for the day.  Instead of holiday pay, you may elect to take a different day off.

Should an Employee wish to observe a religious holiday instead of an above holiday, he/she must notify their Manager at least one (1) month prior to the planned observance. We will attempt to accommodate any such request.

We schedule all the above holidays on the day designated by the Federal Government.

If a holiday occurs during your scheduled vacation or day off, you are permitted to take an extra day of vacation. You are not eligible to receive holiday pay when you are on a leave of absence.

# Vacations

Vacation is a time for you to rest, relax, and pursue special interests. Team Video has provided paid vacation as one of the many ways in which we show our appreciation for your dedication and hard work.  Only full-time employees are eligible for paid vacation.

TEAM000024

## Amount of Vacation

Full-time employees are eligible to accrue vacation for each calendar month of service. The vacation accrual rate is based on your date of hire and length of employment, as follows:

| Years of Employment | Monthly Accrual Rate (In Hours) | Total Accrual Per Year (In Days) |
|---|---|---|
| Less than 24 months | 6.66 | 10 |
| 24 months to less than 120 months | 10.0 | 15 |
| 120 months or longer | 13.33 | 20 |

## Vacation Policies

Every effort will be made to grant you your vacation at the time you desire. However, vacations cannot interfere with Team Video operations. All vacation requests must be in writing and given to your manager for approval. If any conflicts arise in requests for vacation time, preference will be given to the employee who submitted the request first unless Team Video's business or customer needs require a different resolution.

Every January 1st you will be given the vacation hours you would earn during that calendar year, even though you earn those hours according to the schedule above. If you take vacation time prior to earning it, and then leave Team Video's employ, you must pay back any excess time that you took, but had not earned.

All vacation time must be taken in daily or weekly increments, unless otherwise authorized in writing. If you are on an approved unpaid leave of absence you will not accrue vacation time during the period of your leave. Probationary employees are not allowed to take vacation days.

## No Accumulation or Carryover of Vacation

Vacation time may not be carried over and accumulated in subsequent calendar years except as noted below. Exceptions to this policy may be made by the Company, in its sole discretion, where unusual circumstances warrant such an exception. Accrued vacation at the end of a calendar year must be taken by March 31st of the following year or it is forfeited. The exception would be new hires during the year. Any new hire after March 1st would be able to carry any unused vacation from their first calendar year until the end of the second calendar year that they are on payroll.

## Payment in Lieu of Vacation

Employees are encouraged to take vacation. Therefore, we do not pay for unused vacation days. The only exception is terminated employees. They would be paid for any earned vacation that they have not taken on their final paycheck. The Board of Directors can grant someone an extension of the "use it or lose it" policy at its discretion.

TEAM000025

# Other Paid Leaves

All requests for the paid leaves of absence described in this handbook, with the exception of sick leave, must be in writing and given to your manager.

## Funeral (Bereavement) Leave

You are entitled to take up to three (3) workdays with pay to attend the funeral and take care of personal matters related to the death of a member of your immediate family. (A parent, spouse, child, spouse's child, brother or sister.) Three (3) days of paid funeral leave will be granted in the case of the death of a grandparent or parents-in-law. Only regular full-time employees are eligible for paid funeral leave.

You should note that this policy does not provide paid time off due to death of aunts, uncles, cousins, or close friends. Team Video, in its sole discretion, may grant vacation leave or leave without pay for time off for death of friends or relatives other than immediate family.

Team Video may also grant additional time off with pay if circumstances warrant, i.e., extensive travel time.

Paid time off under this policy is given over and above any time allowed and earned under our Personal Leave policy.

Pay for a funeral leave will be made for actual time lost from work. If a holiday or part of your vacation occurs on any of the days of absence, you may not receive holiday or vacation pay in addition to paid funeral leave.

## Jury Duty

It is your civic duty as a citizen to report for jury duty whenever called. If you are called for jury duty, we will permit you to take the necessary time off and we wish to help you avoid any financial loss because of such service. If you have completed your probationary period, Team Video will reimburse you for the difference between your jury pay and your regular pay.

You must notify your manager within forty-eight (48) hours of receipt of the jury summons. On any day or half-day you are not required to serve, you will be expected to return to work. In order to receive jury duty pay, you must present a statement of jury service and pay to your manager. This document is issued by the court.

## Sick Leave

The availability and use of sick leave is an extremely valuable employee privilege which is available to all full-time employees who have completed their Probationary Period. You should conserve your sick leave and use it only when necessary. Sick leave is designed to provide income for hours missed from work due to personal illness or

TEAM000026

accident, doctor appointment, or a health problem of a family member requiring the presence of the employee.

Full-time employees will accrue a total of 5 sick days per year (40 hours per year). Probationary employees are not given any sick leave. After their probationary period, they are given their pro-rated sick hours taking them to the end of the calendar year. Unused sick leave can be carried over and accumulated in subsequent calendar years. Earned and accrued sick leave is not reimbursable upon termination of employment. On each January 1st, each employee is given an additional 40 hours added to their carry forwards balance from the ending year. This is the full year's sick hours even though they are earned at a rate of 3.33 hours per month. If you take sick leave time prior to earning it, and then leave Team Video's employ, you must pay back any excess time that you took, but did not earn.

You may take sick leave in no fewer than two hour increments at any one time.

If you will need to use sick leave, you are required to notify your manager at least two hours prior to your scheduled starting time. The Company may require a doctor's statement for any and all sick leave usage.

You are expected to call your manager each day you are absent from work and on sick leave, unless you are on an approved extended sick leave of absence. If you must leave work early due to illness or other unavoidable reasons, you are responsible for personally notifying your manager and obtaining approval before departure.

This sick leave policy does not apply to part-time or temporary employees. Nor does this policy apply in the event of an illness or injury covered by workers' compensation.

TEAM000027

# Unpaid Leaves
# Family and Medical Leave

Employees may be eligible for family and medical leave under federal and/or D.C., MD or VA law in accordance with the following guidelines.

Eligibility. In order to be eligible for a family and/or medical leave of absence, an employee must have worked for Team Video for at least 12 months, and worked at least 1,000 hours during the twelve months prior to the beginning of the leave.

Leave Entitlement. An eligible employee may take up to 16 weeks of unpaid leave during any 24 month period or 12 weeks of unpaid leave during any 12 month period for one or more of the following reasons:

    (1)    the birth of a son or daughter and in order to care for such son or daughter;

    (2)    the placement of a child with you for adoption or foster care or for whom you permanently assume and discharge parental responsibility;

    (3)    to care for a spouse, son, daughter, parent, family member or person with whom you share a committed relationship ("covered family member") with a serious health condition; or

    (4)    because of your own serious health condition which renders you unable to perform the functions of your position.

Leave taken for the birth of a child or placement for adoption or foster care must be completed within the 12 month period beginning on the date of birth or placement. In addition, spouses employed by the Company who request leave because of reasons (1) or (2) or to care for an ill parent may be subject to limits on the aggregate amount of leave they may take. The limits will depend upon the nature of the leave.

If the Company pays the employee's share of insurance premiums that were missed while on leave, it may require the employee to reimburse it for such payments. If the employee's share of premiums are not paid, or the payment is more than 30 days late, group health coverage may be terminated. If an employee fails to return after the unpaid family/medical leave, the Company may also seek reimbursement from the employee for the Company's share of the premiums paid on behalf of that employee under certain circumstances.

You may not be granted FMLA leave to gain employment or work elsewhere, including self-employment. If you misrepresent facts in order to be granted an FMLA leave, you will be subject to immediate termination. An employee is not entitled to seniority or

TEAM000028

benefit accruals, like vacation, sick, or similar leave days or pension plan contributions, during periods of unpaid leave. The employee will be covered under the Company's health insurance plan, under the terms discussed above.

Notice of Leave. If the employee's family/medical leave is foreseeable, the employee must give the Company at least 30 days' prior written notice. Failure to provide such notice may be grounds for a delay of leave. Where the need for leave is not foreseeable, the employee is expected to notify the Company as soon as practicable, generally within one to two business days of learning of your need for leave. The Company has "Request for Family/Medical Leave" forms available from the Finance Department. The employee should use these forms when requesting leave.

Medical Certification. If the employee is requesting leave because of his or her own or a covered family member's serious health condition, the employee and the relevant health care provider may be required to supply appropriate medical certification. The employee may obtain the appropriate medical certification form from the Finance Department. The medical certification must be provided within fifteen days after it is requested, or as soon as reasonably possible under the circumstances. Failure to provide requested medical certification in a timely manner may result in denial of leave until it is provided. The Company, at its expense, may require an examination by a second health care provider designated by the Company, if it reasonably doubts the medical certification you initially provided. If the second health care provider's opinion conflicts with the original medical certification, the Company, at its expense, may require a third, mutually agreeable, health care provider to conduct an examination and provide a final and binding opinion. The Company may also require re-certification periodically during the leave, and employees may be required to present a fitness-for-duty verification upon their return to work following a leave for the employee's illness.

Reporting While On Leave. If an employee takes leave because of his or her own serious health condition or to care for a covered family member, the employee may be required to contact his or her manager on a regular basis regarding the status of the condition and the employee's intention to return to work. For leaves for other purposes, the employee may be periodically required to report on his or her status and intent to return to work.

Substitution of Paid Leave. An employee may elect or the Company may require the employee to substitute certain kinds of paid leave for unpaid family or medical leave depending on the nature of and reason for the leave. For a more detailed explanation of the Company's family and medical leave policy in this regard, please contact the Finance Department.

Intermittent and Reduced Schedule Leave. Leave because of a serious health condition may be taken intermittently (in separate blocks of time due to a single covered health condition) or on a reduced leave schedule (reducing the usual number of hours worked per work week or work day) if medically necessary. If leave is unpaid, the Company will reduce your salary based on the amount of time actually worked. In addition, while you

TEAM000029

are on an intermittent or reduced schedule leave, the Company may temporarily transfer you to an available alternative position that better accommodates your recurring leave and which has equivalent pay and benefits.

<u>Returning from Leave</u>.  Generally, employees will be reinstated to former positions or equivalent positions if they return to work within the twelve or sixteen weeks allotted.  If the employee takes leave because of his or her own serious health condition, the employee may be required to provide medical certification that he or she is fit to resume work.  Employees failing to provide a fit-for-duty certification may not be permitted to resume work until it is provided.

## Parental Leave

An eligible employee may take up to 24 hours of unpaid leave during any 12 month period for the purpose of attending or participating in school-related events for his or her child.  An employee wishing to take school-attendance leave must notify the Company at least 10 calendar days in advance unless the need to attend the school-related event was not foreseeable.  The Company may deny the leave if it will unduly disrupt operations.  The employee may choose whether to take this leave unpaid or to substitute paid leave provided in other circumstances.

Eligible employees include:  (1) the natural father or mother of the child; (2) a person with legal custody of the child; (3) a person who acts as guardian of the child regardless of legal custody; (4) the aunt, uncle or grandparent of the child; or (5) a person who is married to a person listed in (1)-(4).

School-related events are activities sponsored by either a school or an associated organization such as a parent-teacher association.  School-related events are activities which involve the child directly as a participant or as the subject of (as opposed to a spectator), and include, but are not limited to a student performance such as a concert, play or rehearsal; a sporting game or practice of a school team; or a meeting with a teacher or counselor.

## Military Leave

Any regular full-time or regular part-time employee called to active military duty will be granted a military leave of absence upon presenting the orders to his or her manager or department head.  Team Video requests that employees notify it of such duty as soon as possible.  At the conclusion of the tour of duty, the employee will be returned to his or her job in accordance with applicable law.  The employee's right to various job related benefits following his or her military leave will also be determine in accordance with applicable law. Team Video also grants military leaves of absence for employees required to fulfill training obligations, such as those for the National Guard or Reserves.

TEAM000030

## Leave Without Pay

A request for a leave of absence without pay (LWOP) must be made in writing to your manager at least *four weeks* prior to date of absence. The Company will approve LWOP in its sole discretion based upon business considerations at the time of the request. Individuals utilizing LWOP will not accrue vacation or sick leave while out on LWOP. If a leave of absence is in excess of four weeks, the employee must reimburse the Company for any health, life or dental insurance premiums which were paid on his or her behalf.

All accrued *vacation* leave must be used prior to requesting leave without pay. Failure to return after scheduled LWOP expires will subject an employee to immediate termination.

TEAM000031

# Insurance Coverage

As previously discussed, this Manual provides a general description of the benefits offered by Team Video. The important details relating to these benefits are more fully explained in the summary plan descriptions and plan documents available from the Finance Department. Team Video may change, modify, or discontinue any of the benefits set forth in this Manual at any time without notice.

**Health Insurance**

Team Video is interested in the health and well-being of both you and your family. A comprehensive health insurance program will be available for all full-time employees. After completion of (30) thirty days of employment, you become eligible for coverage. At that time, you may choose to accept the insurance coverage, or not. If you choose health insurance coverage, you will receive a booklet describing your benefits and options when you join the program.

If you have any questions, please contact the Finance Department.

TEAM000032

# Other Benefits

**401k Savings Plan**

Team Video will maintain a 401(k) Savings Plan for all eligible employees. Employees may contribute to the Plan at a rate of their choice up to IRS limits. Team Video will match each such Employee contribution at the rate of one $1.00 for each dollar contributed up to a maximum of two thousand dollars ($2,000.00) per qualified Employee in each Plan Year. The plan year is from Nov 1st to October 31st.

All regular full-time employees and part-time employees are eligible to participate in the 401k Plan. Participating employees who work at least one thousand (1,000) hours per year are eligible for the employee matching.

The complete details of the Plan are contained in plan documents and summary plan description. If you have any questions, please contact the Finance Department.

TEAM000033

# OTHER POLICIES OF TEAM

**Computer Software (Unauthorized Copying)**

Team Video prohibits the illegal duplication of software and expects all employees to comply with the copyright laws.

1.  Team Video licenses the use of computer software from a variety of outside companies. Team Video does not own this software or its related documentation and, unless authorized by the software manufacturer, does not have the right to reproduce it.

2.  With regard to use on local area networks or on multiple machines, Team Video employees shall use the software only in accordance with the license agreement.

3.  Team Video employees learning of any misuse of software or related documentation within the company shall notify their manager.

4.  Team Video employees who make, acquire or use unauthorized copies of computer software shall be disciplined as appropriate under the circumstances. Such discipline may include immediate termination.

**Professional Image**

As an employee of Team Video, you reflect the image of Team Video to its customers, business associates, and the community. The professional image of each employee is an important factor in representing the values of the Company. Therefore, it is important that you put forth an image of professionalism, courtesy, and a positive attitude.

**Conflict of Interest**

In general, a "Conflict of Interest" is any activity or association by a Team Video employee with any of Team Video's competitors or suppliers, or others, which might adversely affect the Company or the performance of the employee's duty to Team Video. Team Video employees are not to engage in conduct that constitutes a conflict of interest or a potential conflict of interest.

Team Video employees are permitted to receive gifts from clients, vendors and customer, as long as they do not interfere with the professional services in which we operate under.

Questions should be directed to your manager if you have even the slightest concerns that particular conduct might constitute a conflict of interest.

Employees are not permitted to give gifts to customers or suppliers, except for certain promotional "premiums" (t-shirts, coffee mugs, pens, key chains, etc.) imprinted with the Team Video logo or sales information without permission of management.

TEAM000034

No employee may take an outside job, either for pay or as a donation of his or her personal time, with a customer or competitor of Team or with an entity who may compete with our customers; nor may they do work on their own if it competes in any way with the sales of services we provide our customers. If your financial situation requires you to hold a second job, part-time or full-time, or if you intend to engage in a business enterprise of your own, we would like to know about it. Before accepting any outside employment please discuss the matter with your manager.

## Safety and Security Policy

It is the policy of Team Video to maintain safe working conditions in compliance with all applicable laws, and we expect all employees to abide by all safety and security rules at the Company's and customer's facilities. If you are injured on Company property, you must report the injury immediately to your manager. If you see a safety concern report it to your manager immediately. Take immediate steps to ensure no one is injured.

## Lifting of Heavy Equipment Policy

At no time should any employee or contracted worker, lift anymore than 50 lbs. at one time. Please ask for assistance when you need to lift more than 50 lbs. If an object is more than 50 lbs., use one additional person to help out for every 50 lbs of weight. Failure to comply to this policy will lead to disciplinary action.

## Managers

Your immediate manager is the person who is closest to you and your work. Your day-to-day contact with your manager gives you a chance to receive guidance and counsel regarding your assignments and the progress you make on your job. They can show you how your work fits into the overall picture, explain the "hows" and "whys," and encourage you when things look a little tough.

Your manager is in complete charge of the department. He or she is responsible for the efficient operation of the department. Please get to know your manager, and when you need help or have questions, complaints, problems or suggestions, contact your manager first. He or she is interested in your success, the success of every member of your department, and the overall success of Team Video.

Feel free to ask for clarification of regulations or responsibilities. Any problem that hinders the efficient completion of your responsibilities should be taken up with your manager. If you do not want to consult with your manager for whatever reason, you can consult with an advisory committee member or speak directly to the President.

TEAM000035

**Parking Lot**

Team Video provides paid parking for all full-time employees. For employees who choose to use public transportation (Metro or Metrobus), Team Video will reimburse fares on a monthly basis up to the average parking lot charge as determined periodically by Management. You are encouraged to use the parking area assigned to you. Due to parking limitations in the immediate vicinity of the office, you may be assigned to the nearest available lot in which parking is available. Remember to lock your car every day and park within the specified areas.

Team Video does not assume any liability for any loss or damages you may sustain in the parking lot.

**Personal Phone Calls**

Please keep personal phone calls to a minimum—they must not interfere with your work.

**Personal Use of Company Property**

If you want to use Team Video equipment or tools during or after work hours for personal benefit, you must have the prior approval of your manager. Team Video is not liable for personal injury incurred during the use of company property for personal projects. As a Team Video employee, you accept full responsibility for any and all liabilities for injuries or losses which occur, or for the malfunction of equipment. You are responsible for returning the equipment or tools in good condition, and you will be required to pay for any damages that occur while using the equipment or tools for personal projects.

**Promotion Policy**

It is our goal to advise all employees about advancement opportunities by means of newsletters or frequently distributed announcements via e-mail. Please submit your request for consideration for a specific position directly to your manager. If you are interested in learning generally about promotional opportunities, you should talk to your manager or the President.

Whenever a position becomes available, we will consider qualified internal candidates that apply for the position. It is our general policy to promote from within wherever possible. Jobs will be awarded based on individual ability, job-related skills and knowledge, past performance, attitude, interpersonal skills, likelihood of successful performance in the new position, and length of service. Additionally, Team Video will always continue to look outside the Company for potential qualified employees as well.

TEAM000036

**Transfers Between Companies**

It is Team Video's desire that you are offered a challenging work environment with room for advancement as your skill level grows and interests change. With multiple companies in the "Asgard Entertainment Group, Inc. family there will be opportunities to move between the different companies or within different departments of the same company. We encourage our employees to explore opportunities within our other companies. Our policy in regards to moving from one company or department to another is as follows:

1. All positions will be posted first internally. This will be either in the company newsletter or by e-mail. This would include making the information available to all employees of TVI, TVS, TVP and any other related Asgard entities that might be created over time. The posting of the job will include a job description.
2. Any company personnel ("applicant") interested in the job would qualify for the position if they meet the following criteria:
- They have completed satisfactory their six-month probationary period at their present position.
- They are not on probation in their current position.
- Their current supervisor recommends them. This recommendation would relate to the applicant's performance at their current position and not comment on their ability to perform at the new position. (The staff hiring them for the new position would make that determination.)
3. Because all employees are important to the overall operation of all our companies, if an entity or department desires to hire a TVI, TVS, TVP or related company employee, that person could not move to the new position until a replacement has been hired and fully trained in the position. The supervisor of the applicant would determine when the new employee was fully up to speed allowing the applicant to depart to the new position.

**Property & Equipment Care**

It is your responsibility to understand the equipment you need to use to perform your duties. Good care of any equipment that you use during the course of your employment, as well as the conservative use of supplies, will benefit you and Team Video. Indeed, if we damage equipment belonging to our Customer, we are responsible to repair or replace it. Therefore, employees should always exercise caution in handling equipment and should return equipment to its normal storage area once it is no longer needed.

If you find that a piece of equipment is not working properly or in any way appears unsafe, please notify your manager immediately so that repairs or adjustments may be made. Under no circumstances should you start or operate equipment you deem unsafe, nor should you adjust or modify the safeguards provided.

TEAM000037

## Smoking

While we cannot regulate employee conduct off the job or outside of work hours, we feel it is our responsibility to provide a workplace free of exposure to hazardous substances, and we have therefore established our facility and business as a smoke-free workplace. All employees are expected to abide by this policy while at work.

## No Solicitation/No Distribution

Solicitation will not be permitted during working time or during non-working time in areas where it will disturb other employees who are working. Distribution or circulation of printed material by employees will not be permitted during working time or during non-working time in areas where it will disturb other employees who are working nor will distribution be permitted at any time, including working and non-working time, in working areas. "Working time" refers to that portion of any work day during which an employee is supposed to be performing any actual job duties; it does not include other duty-free periods of time. Solicitation and distribution by non-employees on Team Video's or the customer's property is strictly prohibited.

## Network Safety Regulation

All electronic and telephonic communication systems and all communications and information transmitted by, received from, or stored in these systems are the property of the Company and as such are to be used solely for job-related purposes. The use of any software and business equipment, including, but not limited to, facsimiles, telecopiers, computers, and copy machines for private purposes is strictly prohibited.

Employees using this equipment for personal purposes do so at their own risk and will be subject to discipline if it negatively affects or reflects business communication in any shape or form. "Surfing the net" during office hours should be restricted to research for company projects only. Additionally, all Team Video e-mail accounts are to be used for business communication purposes only. Any jokes, or e-mails containing attachments and/or video materials, should be sent to personal accounts only where they can be checked during lunch time or breaks.

## Drug-Free Workplace

As part of the team, it is very important that you are ready to work safely, productively and effectively every day. The use of drugs or other mood altering substances greatly reduces the ability of those who abuse them to work productively and efficiently, and therefore threatens not only the safety and security of all employees, but the service to and trust of our customers. To protect us all it is necessary for us to implement the following policies and procedures regarding a drug-free workplace.

1. It shall be the policy of the Company to strictly prohibit the unlawful manufacture, distribution, dispensing, possession and/or use or being under the influence of any

TEAM000038

controlled substance or alcohol on Company or customer premises or while conducting Company business off the premises.

2. Disciplinary action including but not limited to verbal warnings, written warnings, suspension, and/or termination may result if policy violations occur. Conviction for unlawful manufacture, distribution, dispensing, possession, use or being under the influence of a controlled substance may result in immediate termination.

3. When authorized, employees may consume or possess alcohol at Company functions. These privileges may be withdrawn if abused or the employee has violated this policy. This policy does not prohibit the lawful use and possession of prescribed medications.

**Use of Company Vehicle**

If you are authorized to use a Team Video vehicle for company business, you must adhere to the following rules:

1. You must be a licensed driver.

2. You are responsible for paying any moving violation tickets. Also, please park appropriately when possible. Team Video will reimburse you for reasonable parking costs. Parking violations will be paid by Team Video only if incurred during valid business purpose.

3. Only authorized Team Video employees are permitted to operate a company vehicle.

4. If you have an accident, notify the police immediately. Write down names, addresses, telephone numbers and license numbers of persons involved and witnesses. Also write down license plate number and state of each vehicle involved. Do not admit fault. Do not discuss accident with anyone except police or the Team Video's insurance representative. Notify a manager as soon as possible so that the insurance agent can be advised.

5. All employee's must complete a Driver History Form and receive a satisfactory MVR rating by the Team Video's insurance carrier. A "satisfactory" MVR is one that does not meet the definition of a "HIGH RISK DRIVER."

**Visitors**

If you are expecting visitors, please exercise common sense and receive them in a manner that will not interfere with your work, or other employees' work. Do not allow visitors to wander unescorted through our facilities. Make sure that all sensitive paperwork is hidden and do not allow non-Team people to use any computers or equipment that is not designated for visitor use.

TEAM000039

**Exit Interviews**

Where an employee leaves our employ, Team Video would like to discuss the reasons for leaving and any other impressions that the employee may have about Team Video. Employees will be asked to participate in an exit interview. During the exit interview, you can express yourself freely. It is hoped that this exit interview will provide insights into what we do right and possible improvements we can make.


120100

TEAM000040

## ACKNOWLEDGEMENT

I ___Wenzell Taylor___ acknowledge receipt of the Asgard Entertainment Group, Inc. Employee Manual. I further acknowledge that this Manual supercedes any and all prior manuals, as well as any and all oral statements that may be contrary to the statements in this Manual. I understand the following.

1. It is my responsibility to familiarize myself with and understand all information contained in this Manual.

2. This manual is not an express or implied contract of employment and that it does not create any rights or guarantees in the nature of continued employment, specific terms or policies or an employment contract. Rather, this Manual is an overview of, and general guide to, policies currently in force that may relate to my employment.

3. Unless I am covered by an individual employment contract with the Company, I am employed as an at-will employee. I recognize that nothing shall restrict my right to terminate my employment at any time and for any reason and nothing shall restrict the right of Asgard Entertainment Group, Inc. or Team Video Productions, LLC to terminate my employment at any time and for any reason.

4. The information, policies and benefits described in this Manual are subject to change by Asgard Entertainment Group, Inc., in its sole discretion, at any time without notice.

___Wenzell Taylor___
Name (please print)

___W. Taylor___
Employee Signature

___1-5-04___
Date



Master Control Technician

**JOB TITLE:** Master Control Technician
**SERVICING:** Middle East Television Network (MTN)
**REPORTS TO:** Studio/Master Control Operations Manager

**PRIMARY FUNCTION:**
This broadcast professional will provide timely technical operations support of a fast-paced 24x7x365 news and entertainment broadcast network.

**DUTIES AND RESPONSIBILITIES:**
Individuals in this job have fully demonstrated the skills, knowledge, and competencies necessary to perform tasks such as

- Configure and optimize multiple broadcast and satellite feed/receive links for audio and video quality.
- Monitor and adjust on air signals using state of the art equipment such as spectrum analyzers, video waveform monitors, and audio/video/data analyzers.
- Monitor and execute the playout of air materials throughout the program day according to program log.
- Document quality standards, system anomalies, operational procedures, and reference materials.
- Record, dub, cache, and verify the quality of commercial, promotions, interstitials, public service announcements, and program or related material in order to prepare it for broadcast on the network.
- Ensure program material back-up and perform standards conversion of material as needed.

**EDUCATION:**
Four year degree in television or related field.
Equivalent education, experience and/or training will be considered in lieu of.
Proficiency with computer systems.

**REQUIREMENTS:**

- Two or more years experience in radio and/or television on-air operations, dubbing and quality control.
- Willingness to learn client's proprietary equipment and applications.
- Candidate must be a self-starter and a team player. Candidate must have strong written and verbal communications skills, be well organized and capable of handling multiple assignments. An overall understanding of the news and programming production process is desirable and a strong sense of urgency in solving customer requests to ensure timely resolution is critical.
- Arabic language skills and cultural knowledge are highly desirable.
- Candidate must have a commitment to excellence and to ongoing education in broadcasting and to the mastery of their craft.
- Candidates must be willing to work flexible hours, including overnights and weekends.

**CUSTOMER SERVICE COMMITMENT:**
TEAM is an organization dedicated to providing superior customer service. Outstanding customer service encompasses everything from performing the technical, creative and operational aspects of our jobs to the best of our ability, to going the extra mile to assist our customers and colleagues in any way necessary. A similar commitment by each of us will ensure that the entire group achieves success.

All employees must maintain a professional attitude and are expected to conduct themselves in a courteous and helpful manner with clients, colleagues and managers at all time.

TEAM is an Equal Opportunity Employer.

EXHIBIT
Taylor #9
10/12/06

PENGAD 800-631-6889

TEAM000072

# Team Broadcast Services

March 15, 2004

To: Wenzel Taylor
From: Michael Marcus
CC: Brad Simons
Re: Written warning

This letter is to follow up on our conversation today about you sleeping on the job. I have spoken to you on at least two other occasions when you appeared to be sleeping while at work. It has also come to my attention from other managers that they have seen you sleeping at the video shading station.

You mentioned that you are not actually asleep, but I have told you before that even the appearance of sleeping is not acceptable. We are all being watched closely and we want to give a positive impression to our client.

Please be advised that if you are seen sleeping on the job again or appear to be sleeping, further disciplinary action will be taken up to and including termination.

If you have any questions, please see me.

This letter has been delivered and communicated.

Michael Marcus: _Michael Marcus_

Wenzel Taylor: _Wenzell Taylor_

EXHIBIT
Taylor #10
10/12/06
PENGAD 800-631-6989







SLEEP DISORDERS INSTITUTE
PROVIDENCE HOSPITAL

HISTORY & PHYSICAL EXAMINATION

PATIENT NAME:  TAYLOR, WENZELL                    MR: 536-653
DATE OF ADMISSION:  06/08/2004            ACCOUNT: 2501401760
ATTENDING MD:  MUHAMMAD SHIBLI, MD          ROOM:

---

DATE OF EVALUATION:  06/08/04

SDI NUMBER:  000-039

REFERRING PHYSICIAN:  Meersaiid Zonozi, MD

HISTORY OF PRESENT ILLNESS:  The patient is a 51-year-old African
American male, referred to the Sleep Disorders Institute by Dr. Zonozi
for sleep problem.  The patient is complaining of very loud, bothersome
snoring, worse in the supine position and witnessed apnea by his mother,
occasionally waking up gasping for air at night with frequent arousal and
restless sleep.  The patient describes his sleep as very disruptive and
restless and frequently he wakes up at night to urinate and on 2
occasions he urinated on himself before reaching the bathroom.  The
patient reports early morning headache with feeling unrefreshed and
groggy in the morning.  In addition, he is having daytime fatigue and
sleepiness.  He describes it as being excessive, sometimes dozing while
sitting in a very inactive situation.  In fact, the patient reports that
he recently lost his job 2 weeks ago and he could be attributing the loss
of his job to his sleepiness.  He used to work as a video operator and he
described his work environment as working in a very dark room to
calibrate cameras and stays in a very inactive situation for a long
period.  The patient describes that he occasionally feels drowsy there
and he might have fallen asleep a few times during work.  He thinks that
he might have lost his job due to that.  He also describes excessive
sleepiness while watching TV and sometimes reading.  However, despite the
fact that he is driving, he never felt drowsy or fell behind the wheel or
had any accident or near-miss accidents.  The patient reports occasional
nasal stuffiness that sometimes worsens at night and it might have caused
some problem breathing and waking up, probably attributing the waking up
and choking to that.  He denies any symptoms of heartburn.

The patient denies any symptoms of sleep paralysis, hypnogogic
hallucinations, or cataplexy.

The patient denies any symptoms of restless leg syndrome.

The patient denies any symptoms of sleep walking; however, he
occasionally has sleep talking per his mother.  He denies any nightmares,
sleep terrors, any nocturnal seizures, or any symptoms of REM behavior
sleep disorders.

His bedtime is usually around 10 to 11 p.m. and wakes up at 7 a.m. during
the weekdays and on weekends he goes to bed a little later at 2 a.m. and
wakes up at 11 a.m. to noon.  He takes sometimes 30 to 40 minutes to
initiate sleep and it takes him that long because of the noise in the
environment in the neighborhood.  However, once he goes to sleep and

SLEEP DISORDERS INSTITUTE
PROVIDENCE HOSPITAL

HISTORY & PHYSICAL EXAMINATION

PATIENT NAME:  TAYLOR, WENZELL

ATTENDING MD:  MUHAMMAD SHIBLI, MD

MR: 536-653
ACCOUNT: 2501401760
ROOM:

---

wakes up, he does not have any problem falling asleep if the environment is not noisy.

The patient's weight is more than 360 pounds and his height is 5 feet 11 inches.  His neck size is 19-1/2 inches.

He denies any symptoms of frank depression; however, he feels sad and mad about losing his job but there was no suicidal ideation.  There is no report of any psychiatric illness.

The patient is a heavy smoker, almost one-half to one pack per day for a long time, since he was a child.  The smoking has caused him to have a chronic cough; however, he denies any sputum production.  He does not have any shortness of breath at rest; however, he has some dyspnea on exertion when he a walks a few blocks or when climbing stairs.  He occasionally drinks alcohol but no excessively and he denies any drug abuse.

The patient reports drinking a cup of tea or coffee during the winter and rarely during the summer.  He takes around 6 cans of soda per day and he loves to eat chocolate every day.

He lives with his mother and his niece and he never had any children.  He works as a video operator, as mentioned earlier, and lost his job 2 weeks ago.

PAST MEDICAL HISTORY:  His past medical history is significant for chronic back pain due to multiple injuries in the past and borderline hypertension.

PAST SURGICAL HISTORY:  Not significant.

MEDICATIONS:  He is not taking any medications.

ALLERGIES:  He has a reported allergy to PENICILLIN.

PHYSICAL EXAMINATION:  The patient is morbidly obese, weighing 360 pounds with height of 5 feet 11 inches.  His neck size is 19-1/2 inches.  His blood pressure is 145/90, pulse 96, and respiratory rate 16.  Head and neck examination revealed a large neck size with micrognathia. Examination of the oral cavity reveals a large uvula and normal soft palate; however, the posterior pharyngeal space is narrow, Mallampati class 2.  Examination of the nasal septal area reveals boggy mucosa bilaterally.  Lung examination is clear.  Heart examination is regular. Soft abdomen.  Extremities have no edema.  Neurologic examination is nonfocal.

IMPRESSION:

SLEEP DISORDERS INSTITUTE
PROVIDENCE HOSPITAL

HISTORY & PHYSICAL EXAMINATION

PATIENT NAME:  TAYLOR, WENZELL                    MR: 536-653
                                                  ACCOUNT: 2501401760
ATTENDING MD:  MUHAMMAD SHIBLI, MD                ROOM:

---

1.  The symptoms are highly suggestive of the presence of significant
    sleep disordered breathing, namely obstructive sleep apnea (780.53-
    0).
2.  The patient is also reporting symptoms of sinus allergy and
    congestion.
3.  In light of his obesity as well as his significant history of
    smoking and symptoms of dyspnea on exertion, the presence of
    possible chronic obstructive lung disease and obviously
    hypoventilation syndrome need to be evaluated.

RECOMMENDATIONS:
1.  Wills schedule for a nocturnal polysomnography to evaluate for the
    presence of sleep disordered breathing.  If sleep disordered
    breathing is present, then will schedule for CPAP titration.
2.  The patient was advised to lose weight and was counseled about the
    implication of weight loss and the effect on the sleep disordered
    breathing.
3.  The patient was instructed to avoid alcohol and benzodiazepine
    sedative-hypnotic medications at bedtime.
4.  The patient was strongly encouraged to stop smoking.
5.  The patient was strongly counseled not to drive or operate any heavy
    machinery until diagnosis and treatment of the sleep disordered
    breathing is established and treated with complete resolution of
    symptoms.
6.  Will schedule for pulmonary function testing (PFT) to evaluate for
    the presence of chronic obstructive lung disease.
7.  Will schedule for arterial blood gas to evaluate for the presence of
    hypoxemia and hypercarbia.
8.  Will start Flonase 50 micrograms one spray in each nostril at
    bedtime to decrease the mucosal thickening and help in the air flow
    and help in adapting to the CPAP in case it is needed.

Thank you, Dr. Zonozi, for referring your patient to the Sleep Disorders
Institute and we will be corresponding with you regarding the sleep tests
results and recommendations soon.

_6/9/04_ _(signature)_
DATE        MUHAMMAD SHIBLI, MD


/: gl       ID: 000385642     DD: 06/08/2004   DT: 06/09/2004
JOB: 05337-01 \: 38201
cc: MEERSAIID ZONOZI, MD (31460)
    MUHAMMAD SHIBLI, MD (38201)
>



SLEEP DISORDERS INSTITUTE
1160 Varnum Street, NE
DePaul Building: Suite 203
Washington, DC 20017

# Sleep Disorders Institute
Providence Hospital
DePaul Building, Suite 203
1160 Varnum Street, NE
Washington, DC 20017
Tel: 202-281-3232
Fax: 202-281-3234

## POLYSOMNOGRAPHY PHYSICIAN INTERPRETATION REPORT

| | | |
|---|---|---|
| **Patient name:** | Taylor, Wenzell | **Age:** 51 |
| **Date of birth:** | 12/13/1952 | **Weight:** 360 lbs |
| **Date of study:** | 06/09/2004 | **Height:** 71 inches |
| **SDI #:**  000-039 | | |

**Test type:** NOCTURNAL POLYSOMNOGRAPHY

**Patient identification and indications:** This is a 51 years old man with past medical history of chronic back pain presented with symptoms of loud bothersome snoring, frequent arousals, witnessed apneas, and excessive daytime sleepiness. He is 71 inches in height and weighs 360 lbs. He is not taking any medications. Nocturnal polysomnography (NPSG) was performed to evaluate for obstructive sleep apnea using standard laboratory protocols.

**Results:** Nocturnal polysomnographic recording was done for more than six hours, during which snoring and multiple apneic and hypopneic events were observed resulting in an Apnea/Hypopnea Index (AHI) of 92.84 events per hour of sleep, maximum oxygen desaturations down to 53.0% and a total arousal index of 96.9 per hour of sleep. The respiratory events led to a significant disruption of sleep architecture. Total sleep time was 417.50 minutes, sleep latency was 15 minutes and sleep efficiency was 87.53 %. The percentage of stage 1 sleep was normal at 5.99 %, the percentage of stage 2 sleep was high at 85.27 % and stages 3 & 4 were absent. The percentage of REM sleep was low at 8.74 % with REM latency of 224 minutes. These findings demonstrated the presence of severe obstructive sleep apnea.

There were 607 limb movements, of which 0 were periodic, resulting in a periodic limb movement index of 0 events per hour of sleep. The heart rhythm was normal sinus rhythm with average heart rate of 83.01 beats per minute.



EXHIBIT
Taylor #13
10/12/06

Overall, the test results confirm the presence of severe obstructive sleep apnea syndrome resulting in sleep fragmentation and oxygen desaturations.

**Diagnosis:**                    **Obstructive Sleep Apnea (780.53-0)**

**Recommendations:**

Would recommend treatment using continuous positive airway pressure (CPAP).
Would recommend that the patient return to the sleep disorders institute for CPAP titration as soon as possible.
Would recommend weight loss and avoidance of alcohol and benzodiazepine sedative-hypnotic medications at bedtime.
Would recommend not driving or operating any heavy machinery until the diagnosis is established and treated with complete resolution of daytime sleepiness.

(-----------------------)  (----------------------)
Muhammad Shibli, MD.
Co-Medical Director