# Defendant Team Broadcast, LLC - Motion for Summary Judgment

# Exhibit F – Vernon Herald Declaration

### Civil Action No. 05-2169 (RCL)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZEL O. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2169 (RCL) |
| ) | |
| TEAM BROADCAST, LLC, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF VERNON HERALD

1. I, Vernon Herald, make this declaration being aware of the importance of my obligation to make a truthful statement and of the penalties for perjury.

2. All statements in this Declaration are based on my personal knowledge.

3. I am over the age of 18 and competent to testify as to all of the statements made in this Declaration.

4. I am currently the Studio Manager for Team Broadcast, LLC ("Team"), and my office is located in Washington, DC, which is where I have signed this Declaration. I have held this position for approximately 3 years.

5. In my capacity as Master Control Supervisor, I supervised Wenzel Taylor ("Taylor") in May 2004 when he was assigned to the intake department by Michael Marcus.

6. On both May 19, 2004 and May 20, 2004, I observed Taylor asleep at his work station in the intake department for brief moments during his shift. I knew that Mr. Taylor was asleep because I could see Taylor's eyes closed and hear him heavy breathing. I recorded these observations in my shift report and reported this to Michael Marcus, who was my supervisor.

Marcus Declaration Exhibit 4 is a true and correct copy of my shift report documenting these observations.

I declare under penalty of perjury that the foregoing to be true and correct to the best of my knowledge.

Dated: December 15, 2006

_____
Vernon Herald

2

1.   DC1 30184943.1