## M.S. Zonozi                              Wednesday, May 5, 2004

### Zonozi, Meer Saiid

| Time | Name | Phone | Length | Notes |
|------|------|-------|--------|-------|
| **Wednesday, May 05, 2004** | | | | |
| ■■ | ■■■■■■■■■■ | ■■■■■■■■ | ■■ | |
| ■■ | ■■■■■■■■■■ | ■■■■■■■■ | ■ | |
| ■■ | ■■■■■■■■■ | ■■■■■ | ■ | |
| ■■ | ■■■■■■■■■ | ■■■■■■■■ | | |
| ■■ | ■■■■■■■■ | ■■■■■■■■ | | |
| ■■ | ■■■■■■■ | ■■■■■■■■ | | |
| ■■ | ■■■■■■■■ | ■■■■■■■ | | |
| ■■ | ■■■■■■■■■■ | ■■■■■■■■ | | |
| ■■ | ■■■■■■■■■ | ■■■■■■■ | | |
| ■■ | ■■■■■■■ | ■■■■■■■■ | | |
| ■■ | ■■■■■■■ | ■■■■■■■ | | |
| ■■ | ■■■■■■■■ | ■■■■■■■ | | |
| ■■ | ■■■■■■ | ■■■■■■ | | |
| 2:45p | Taylor, Wenzell | (202)889-2989 | 15 | new patient |

Exhibit "A"

# M.S. Zonozi

**Wednesday, May 12, 2004**

**Zonozi, Meer Saiid**

| Time | Name | Phone | Length | Notes |
|------|------|-------|--------|-------|
| **Wednesday, May 12, 2004** | | | | |
| 11:00a | Dr Zonozi Not Book | | 15 | |

Exhibit "A"

Printed  10/13/2006  2:30 pm

# M.S. Zonozi

**Wednesday, May 19, 2004**

## Zonozi, Meer Saiid

| Time | Name | Phone | Length | Notes |
|------|------|-------|--------|-------|
| **Wednesday, May 19, 2004** | | | | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | | |
| ▓▓▓ | ▓▓▓ | | 15 | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | | ▓▓▓ |
| 1:00p | Taylor, Wenzell | (202)889-2989 | 15 | new patient |
| ▓▓▓ | ▓▓▓ | | 15 | |
| ▓▓▓ | ▓▓▓ | | 15 | |
| ▓▓▓ | ▓▓▓ | | 15 | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | ▓▓▓ | |
| ▓▓▓ | ▓▓▓ | | 15 | |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | | |

Exhibit "A"

## PROGRESS NOTES

**NAME** ~~Wenzell~~ Taylor, Wenzell
Taylor (last name)

**PHONE NUMBER**

**ADDRESS**

**SHEET NUMBER**

**DATE / PROBLEMS** (Number and Brief Description) | **FINDINGS** (S = Subjective; O = Objective) | **TESTS ORDERED and/or PLANNED**

5-5-04

Wt > 350 lbs.
Temp 98.7

- meds: ∅

51 y.o AA-male.
c/o Ingrown toenail (L) big Toe
x 1 year. c/o ↑ Sleep &
depression.
(R) Bursitis; can't lift (R) Shoulder.
denies h/o HTN, DM.

51 y/o AA m̄ h., Obesity
c/o Rt great toe ingrown toenail
has mild cellulitis  no DM
BP 150/90   P 80

hy clr

heart reg/lly

Ext roed

ddx: # ingrown Toe nail Lt Foot

1) Dsleep Apnea — will refer →
   Sleep clinic
2) obesity
3) ingrown Toe nail referred →
   Podiatrist
4) CBC + ~~gros~~ CMP + HgAIc + lipid
   profile
   urine RTox  lvk

Exhibit "A"

ITEM 9045

| DATE / PROBLEMS (Number and Brief Description) | FINDINGS (S = Subjective; O = Objective) | TESTS ORDERED and/or PLANNED |
|---|---|---|
| 5-19-04<br>Wt | C/O pain in (L) shoulder.<br>Saw Podiatrist (5/04)<br>BP 120/90    P 80<br><br>*[illegible handwritten notes]*<br>Ext 5 ed<br>I{1} mild HTN<br>{2} obesity<br>{3}<br>ph ↓ salt intake<br>RTC 2 wks | |

| DATE | DESCRIPTION OF SERVICE | CHARGES | RECEIPTS | ADJUST | BALANCE |
|---|---|---|---|---|---|
| 05/05/04 | New Patient - Office/OutP | 150.00 | 123.89 | 31.11 | 5.00- |
| 05/19/04 | Estab Pt - Office/OutPt - | 65.00 | 63.16 | 11.84 | 10.00- |
| 06/15/04 | Estab Pt - Office/OutPt - Not Covered by Plan | 65.00 | 5.00 | .00 | 60.00 |

Exhibit "B"

| ACCOUNT NUMBER | STATEMENT DATE | BALANCE | *INSURANCE PENDING | AMOUNT DUE NOW |
|---|---|---|---|---|
| 3474 | 08/02/04 | 45.00 | .00 | $45.00 |

** Payment Is Due Upon Receipt* Thank You **

| CURRENT | BALANCE OVER 30 DAYS | BALANCE OVER 60 DAYS | BALANCE OVER 90 DAYS | BALANCE OVER 120 DAYS |
|---|---|---|---|---|
| 60.00 | -10.00 | -5.00 | .00 | .00 |

If you have any questions concerning this statement, billing office representatives are available for your call between 8:00 am 4:30pm, Monday through Friday. For billing questions call: (703) 383 9543

LDD77220



Exhibit "C"

TEAM000062



SLEEP DISORDERS INSTITUTE
1160 Varnum Street, NE
DePaul Building: Suite 203
Washington, DC 20017

# Sleep Disorders Institute
Providence Hospital
DePaul Building, Suite 203
1160 Varnum Street, NE
Washington, DC 20017
Tel: 202-281-3232
Fax: 202-281-3234

## POLYSOMNOGRAPHY PHYSICIAN INTERPRETATION REPORT

| | | |
|---|---|---|
| **Patient name:** | Taylor, Wenzell | **Age:** 51 |
| **Date of birth:** | 12/13/1952 | **Weight:** 360 lbs |
| **Date of study:** | 06/09/2004 | **Height:** 71 inches |
| **SDI #:** | 000-039 | |

Test type: NOCTURNAL POLYSOMNOGRAPHY

**Patient identification and indications:** This is a 51 years old man with past medical history of chronic back pain presented with symptoms of loud bothersome snoring, frequent arousals, witnessed apneas, and excessive daytime sleepiness. He is 71 inches in height and weighs 360 lbs. He is not taking any medications. Nocturnal polysomnography (NPSG) was performed to evaluate for obstructive sleep apnea using standard laboratory protocols.

**Results:** Nocturnal polysomnographic recording was done for more than six hours, during which snoring and multiple apneic and hypopneic events were observed resulting in an Apnea/Hypopnea Index (AHI) of 92.84 events per hour of sleep, maximum oxygen desaturations down to 53.0% and a total arousal index of 96.9 per hour of sleep. The respiratory events led to a significant disruption of sleep architecture. Total sleep time was 417.50 minutes, sleep latency was 15 minutes and sleep efficiency was 87.53 %. The percentage of stage 1 sleep was normal at 5.99 %, the percentage of stage 2 sleep was high at 85.27 % and stages 3 & 4 were absent. The percentage of REM sleep was low at 8.74 % with REM latency of 224 minutes. These findings demonstrated the presence of severe obstructive sleep apnea.

There were 607 limb movements, of which 0 were periodic, resulting in a periodic limb movement index of 0 events per hour of sleep. The heart rhythm was normal sinus rhythm with average heart rate of 83.01 beats per minute.

Exhibit "D"

Page 1 of 2

Overall, the test results confirm the presence of severe obstructive sleep apnea syndrome resulting in sleep fragmentation and oxygen desaturations.

**Diagnosis:**             **Obstructive Sleep Apnea (780.53-0)**

**Recommendations:**

Would recommend treatment using continuous positive airway pressure (CPAP).
Would recommend that the patient return to the sleep disorders institute for CPAP titration as soon as possible.
Would recommend weight loss and avoidance of alcohol and benzodiazepine sedative-hypnotic medications at bedtime.
Would recommend not driving or operating any heavy machinery until the diagnosis is established and treated with complete resolution of daytime sleepiness.

Muhammad Shibli, MD.
Co-Medical Director

Exhibit "D"