UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZEL O. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2169 (RCL) |
| ) | |
| TEAM BROADCAST, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accord with the Memorandum Opinion issued this date, it is hereby

ORDERED that defendant's motion [20] for summary judgment is DENIED; it is further

ORDERED that plaintiff's motion [16] for court appointed counsel is GRANTED; and it is further

ORDERED that plaintiff's motion [18] to compel production of documents is DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 23, 2007.