# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WENZEL O. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2169 (RCL) |
| ) | |
| TEAM BROADCAST, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Eric J. Janson as counsel for Defendant, Team Broadcast, LLC, in the above-captioned case. The foregoing attorney is with the law firm of Seyfarth Shaw, LLP, 815 Connecticut Ave. N.W., Suite 500, Washington D.C. 20006.

Date: August 13, 2007

Respectfully submitted,

TEAM BROADCAST, LLC

By: _____/s/_____
Eric J. Janson #974395
SEYFARTH SHAW, LLP
815 Connecticut Avenue, NW, Suite 500
Washington, DC 20006
(202) 463-2400 (telephone)
(202) 641-9232 (facsimile)

DC1 30206043.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 13th day of August 2007, the foregoing Praecipe was sent via ECF and by first-class mail, postage-prepaid, to the following:

    Wenzel Taylor
    2306 Ainger Place, S.E.
    Washington, DC  20020

                              /s/
                        Eric J. Janson #974395
                        SEYFARTH SHAW, LLP
                        815 Connecticut Avenue, NW, Suite 500
                        Washington, DC  20006
                        (202) 463-2400 (telephone)
                        (202) 641-9232 (facsimile)